**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Prysm, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  Spudnik, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **76-0784348** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **513 Fairview Way**<br>**Milpitas, CA 95035**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Santa Clara**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.prysm.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Prysm, Inc.**                                           Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3343__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Prysm, Inc.**                                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district*?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Prysm, Inc.**                                              Case number (*if known*) _____
          Name

███  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/05/2020
              MM / DD / YYYY

X  _____          **Amit Jain**
   Signature of authorized representative of debtor      Printed name

       **President, CEO and Chairman of the**
Title  **Board**

**18. Signature of attorney**    X  _____      Date   8/5/2020
                                    Signature of attorney for debtor            MM / DD / YYYY

**Charles J. Brown, III DE 3368**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5813**        Email address   **cbrown@gsbblaw.com**

**3368 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Prysm, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/05/2020    X _____
                                             Signature of individual signing on behalf of debtor

                                             **Amit Jain**
                                             Printed name

                                             **President, CEO and Chairman of the Board**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re **Prysm, Inc.** _____   Case No. _____
                                    Debtor(s)                Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **70,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **70,000.00**

    Balance Due _____   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

8/5/2020 _____   _____
_Date_                                       **Charles J. Brown, III DE 3368**
                                             _Signature of Attorney_
                                             **Gellert Scali Busenkell & Brown, LLC**
                                             **1201 N. Orange Street**
                                             **Suite 300**
                                             **Wilmington, DE 19801**
                                             **302-425-5813  Fax: 302-425-5814**
                                             **cbrown@gsbblaw.com**
                                             _Name of law firm_

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Prysm, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **11711 N. College LLC 9339 Priority Way West Dr Suite 120 Indianapolis, IN 46240** | **Attn: David Ciechanowicz**  **david@chanorep.com** | **Rent** | | | | **$494,105.40** |
| **Asia Optical Int'l, Ltd. Palm Grove House P.O. Box 438 TORTOLA, BVI** | **Attn: Toni Hi**  **tonyjhi@sintai.com** | **Trade debt/Critical Vendor** | | | | **$1,909,319.69** |
| **AvNet Electronic Marketing PO Box 100340 Pasadena, CA 91189-0340** | **Attn: Robert L. Pollak**  **gpa@glassberg-pollak.com** | **Trade debt** | | | | **$88,584.73** |
| **Breakaway Communications 381 Park Avenue South Suite 1216 New York, NY 10016** | **Attn: Kelly Fitzgerald**  **kfitz@breakaway.com** | **Trade debt** | | | | **$61,563.45** |
| **CMP Advanced Mechanical Solutions Ltd. 1241 Cascades Chateauguay, Quebec J6J 4Z2 CANADA** | **Attn: Sindo Valverde**  **svalverde@cmp-ams.com** | **Trade debt** | | | | **$106,629.36** |
| **Crane Worldwide San Francisco P.O. Box 844174 Dallas, TX 75284** | **Attn: Lisa Mateos**  **Lisa.Mateos@craneww.com** | **Trade debt** | | | | **$62,745.30** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | Prysm, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Divco West Real Estate Services, LLC 575 Market Street, 35th Floor San Francisco, CA 94105** | **Attn: Greg Walker** gwalker@divcowest.com | **Rent** | | | | **$2,832,139.57** |
| **El Baba Smart Technology Dubai World Central PO Box 712948 DUBAI, AE** | **Attn: Ihab Baba** ihab.baba@babasmarttech.com | **Trade debt** | | | | **$85,000.00** |
| **ESRT 1350 Boradway LLC P.O. Box 28627 New York, NY 10087-8627** | **Attn: Todd Lawlor** tdl@sternbach.com | **Rent** | | | | **$226,431.26** |
| **FedEx PO Box 7221 Pasadena, CA 91109** | **Attn: Nathan Motzko** nathan.motzko@fedex.com | **Trade debt/Key Vendor** | | | | **$98,723.86** |
| **Lohika Systems Inc 1001 Bayhill Drive # 108 San Bruno, CA 94006** | **Attn: Daniel Dargham** daniel.dargham@lohika.com | **Trade debt/Critical Vendor** | | | | **$219,871.00** |
| **Min Aik Technology Co. Ltd. 12F-1, #492-1, Sec.1, Wan Shou RD., Kuei Shan Shiang, Tao Yuan Hsien TAIWAN** | **Attn: Ewa Lee** ewa.lee@minaik.com.tw | **Trade debt** | | | | **$77,539.68** |
| **Momentum Microsystems, Inc. 2030 Duane Ave. # 110 Santa Clara, CA 95054** | **Attn: Tamara Saliba** tamara@momentummicro.com | **Trade debt/ Critical Vendor** | | | | **$85,089.80** |
| **OCR PO Box 369 Goldenrod, FL 32733** | **Attn : Joe Grillo** joe@ocr-services.com | **Trade debt/Key Vendor** | | | | **$87,014.01** |
| **PQ Labs 3754 Spinnaker Court Fremont, CA 94538-6537** | **Attn: Anthony Cruzet** anthony@pqlabs.com | **Trade debt/Critical Vendor** | | | | **$91,700.28** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Prysm, Inc.**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prudential Overall Supply Cleanroom Service P.O.Box 11210 Santa Ana, CA 92711-1210** | **Attn: Patricia Conetta** **patconetta@stacollect.com** | **Trade debt** | | | | **$54,878.89** |
| **SPIRE HRA One O'Hare, LP 1700 Broadway Suite 650 Denver, CO 80290** | **mcarroll@foxwibel.com** | **Trade debt** | | | | **$67,083.40** |
| **Trump Card Corp. 23807 Aliso Creek Rd. Suite 200 Laguna Niguel, CA 92677** | **Attn: Marcus Sherwood** **marcus@baxter-bailey.com** | **Trade debt** | | | | **$56,634.54** |
| **Whale Rock LLC 56 Winthrop St. Concord, MA 01742** | **Attn: Christopher Hart** **ch@hartwright.com** | **Rent** | | | | **$79,485.86** |
| **Wilson Sonsini Goodrich & Rosati P.O. Box 742866 Los Angeles, CA 90074** | **Attn: Scott Ruzas** **sruzas@wsgr.com** | **Legal** | | | | **$157,415.20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Prysm, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ 4,636,132.16

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $ 4,636,132.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 265,781,288.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 7,853,788.57

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                              $ 273,635,076.57

**Fill in this information to identify the case:**

Debtor name  **Prysm, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **Payroll, Opex, Bank fee** | **6525** | $0.00 |
| 3.2. | **Silicon Valley Bank** | **Accounts Receivables** | **1126** | $0.00 |
| 3.3. | **Silicon Valley Bank** | **Cash Sweep Account** | **3451** | $956,556.00 |
| 3.4. | **Silicon Valley Bank** | **Payrolls, Rents** | **4472** | $75,899.00 |
| 3.5. | **Silicon Valley Bank** | **Credit Card Collateral** | **0359** | $50,000.00 |
| 3.6. | **Silicon Valley Bank** | **Non-Personal Checking** | **6403** | $113.91 |

Debtor    **Prysm, Inc.**                                    Case number *(If known)* _____
          Name

|  | **UBS Financial Service Inc.**<br>**The UBS Tower**<br>**1 North Wacker Dr.** | | | |
|---|---|---|---|---|
| 3.7. | **Chicago, IL 60606** | Reserves | 15DE | $653,439.00 |

---

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                      | $1,736,007.91 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Concord Municipal Light (Utilty Deposit)** | $12,000.00 |
|---|---|---|

| 7.2. | **SPIRE One O'Hare- Chicago (Security Deposit)** | $16,850.91 |
|---|---|---|

| 7.3. | **Duke Energy- Chicago (Utility Deposit)** | $500.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Ogrin Partners (Vendor Deposit)** | $1,620.22 |
|---|---|---|

| 8.2. | **Alconix Corporation (Vendor Inventory)** | $337,155.03 |
|---|---|---|

| 8.3. | **Asia Optical (Vendor Inventory)** | $20,000.00 |
|---|---|---|

| 8.4. | **Audio-Technica Corp (Vendor Inventory)** | $20,004.26 |
|---|---|---|

| 8.5. | **China Synery Group (Vendor Inventory)** | $7,840.00 |
|---|---|---|

| 8.6. | **Panasonic (Vendor Inventory)** | $31,000.00 |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Prysm, Inc.**                                    Case number *(If known)* _____
          Name

| 8.7. | **SL HiTech Limited (Vendor Inventory)** | **$540.00** |
|---|---|---|

| 8.8. | **Sun Strong Precision Metal Internationals (Vendor Inventory)** | **$10,000.00** |
|---|---|---|

| 8.9. | **Whale Rock (Rent deposit)** | **$18,000.00** |
|---|---|---|

| 8.10. | **Fairview Landlord** | **$7,500.00** |
|---|---|---|

| 8.11. | **Bartlett Landlord** | **$90,000.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$573,010.42** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | |
|---|---|---|---|

| 11a. 90 days old or less: | **3,514.24**  face amount | - | **0.00**  doubtful or uncollectible accounts | = .... | **$3,514.24** |
|---|---|---|---|---|---|

| 11a. 90 days old or less: | **6,217.75**  face amount | - | **0.00**  doubtful or uncollectible accounts | = .... | **$6,217.75** |
|---|---|---|---|---|---|

| 11a. 90 days old or less: | **93,709.44**  face amount | - | **0.00**  doubtful or uncollectible accounts | = .... | **$93,709.44** |
|---|---|---|---|---|---|

| 11a. 90 days old or less: | **29,412.00**  face amount | - | **0.00**  doubtful or uncollectible accounts | = .... | **$29,412.00** |
|---|---|---|---|---|---|

| 11a. 90 days old or less: | **1,740.00**  face amount | - | **0.00**  doubtful or uncollectible accounts | = .... | **$1,740.00** |
|---|---|---|---|---|---|

| 11a. 90 days old or less: | **22,110.00**  face amount | - | **0.00**  doubtful or uncollectible accounts | = .... | **$22,110.00** |
|---|---|---|---|---|---|

Debtor    **Prysm, Inc.**
Name

Case number *(If known)*

| 11a. 90 days old or less: | 9,600.00 | - | 0.00 | = .... | $9,600.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 4,920.00 | - | 0.00 | = .... | $4,920.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 29,000.00 | - | 0.00 | = .... | $29,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 3,149.60 | - | 0.00 | = .... | $3,149.60 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,218.00 | - | 0.00 | = .... | $1,218.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 15,131.00 | - | 0.00 | = .... | $15,131.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 10,800.00 | - | 0.00 | = .... | $10,800.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 197,650.00 | - | 0.00 | = .... | $197,650.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 22,167.00 | - | 0.00 | = .... | $22,167.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 5,018.00 | - | 0.00 | = .... | $5,018.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 5,376.24 | - | 0.00 | = .... | $5,376.24 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,883.60 | - | 0.00 | = .... | $2,883.60 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,234.00 | - | 0.00 | = .... | $1,234.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 193.50 | - | 0.00 | = .... | $193.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Prysm, Inc.**                                    Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | 18,899.75 | - | 0.00 = .... | $18,899.75 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 29,792.00 | - | 0.00 = .... | $29,792.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 76,126.00 | - | 0.00 = .... | $76,126.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 160,328.00 | - | 0.00 = .... | $160,328.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 24,255.00 | - | 0.00 = .... | $24,255.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 25,692.00 | - | 0.00 = .... | $25,692.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 31,780.00 | - | 0.00 = .... | $31,780.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 3,799.30 | - | 0.00 = .... | $3,799.30 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 35,910.00 | - | 0.00 = .... | $35,910.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 20,220.00 | - | 0.00 = .... | $20,220.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 10,931.63 | - | 0.00 = .... | $10,931.63 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 42,750.00 | - | 0.00 = .... | $42,750.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 21,600.00 | - | 0.00 = .... | $21,600.00 |
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Prysm, Inc.**
_____    Case number *(If known)* _____
Name

| 11b. Over 90 days old: | 130,445.00 | - | 0.00 | =.... | $130,445.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 12,299.10 | - | 0.00 | =.... | $12,299.10 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $1,109,872.15 |
|---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **Prysm Displays (India) Private Limited** | **99.9** % | | Unknown |
| 15.2. | **Prysm Europe Ltd.** | **100** % | | Unknown |
| 15.3. | **Prysm Europe BVBA** | **100** % | | Unknown |
| 15.4. | **Prysm Middle East DMCC** | **100** % | | Unknown |
| 15.5. | **Anacore, Inc.** | **100** % | | Unknown |
| 15.6. | **Kaybus, Inc.** | **100** % | | Unknown |
| 15.7. | **Kaybus India Private Limited is 100% owned by Kaybus, Inc.** | % | | Unknown |
| 15.8. | **Prysm Hong Kong Limited** | **100** % | | Unknown |

| Debtor | **Prysm, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**          $0.00
Add lines 14 through 16. Copy the total to line 83.

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Raw Materials and Work In Progress (est liquidation at 10%)** | | **$5,762,286.25** | Liquidation | **$576,228.63** |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Prysm equipment (est liquidation at 50%)** | **12/31/2018** | **$1,195,966.43** | Liquidation | **$597,983.22** |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**          $1,174,211.85
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Prysm, Inc.**                                      Case number *(If known)*
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture and fixtures (est liquidation value at 0)** | $3,001.10 | Liquidation | $0.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computer hardware (est liquidation at 20%)** | $15,053.89 | Liquidation | $3,010.78 |
| **Machinery and Equipment (est liquidation at 10%)** | $400,190.53 | Liquidation | $40,019.05 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $43,029.83 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **SEE ATTACHED LIST** | Unknown | | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Prysm, Inc.**
          Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| | **anacore.com** | **Unknown** | **Unknown** |
| | **kaybus.com** | **Unknown** | **Unknown** |
| | **kaybus.info** | **Unknown** | **Unknown** |
| | **kaybus.net** | **Unknown** | **Unknown** |
| | **kaybus.org** | **Unknown** | **Unknown** |
| | **laserphosphordisplay.info** | **Unknown** | **Unknown** |
| | **laserphosphordisplay.net** | **Unknown** | **Unknown** |
| | **laserphosphordisplay.org** | **Unknown** | **Unknown** |
| | **mediastation.com** | **Unknown** | **Unknown** |
| | **prysm.co.in** | **Unknown** | **Unknown** |
| | **prysm.com** | **Unknown** | **Unknown** |
| | **prysm.in** | **Unknown** | **Unknown** |
| | **Prysm.info** | **Unknown** | **Unknown** |
| | **prysmdisplays,com** | **Unknown** | **Unknown** |
| | **prysmgov.com** | **Unknown** | **Unknown** |
| | **prysmgov.info** | **Unknown** | **Unknown** |
| | **prysmgov.net** | **Unknown** | **Unknown** |
| | **prysmgov.org** | **Unknown** | **Unknown** |
| | **prysmtech.org** | **Unknown** | **Unknown** |
| | **prysmtechnologies.com** | **Unknown** | **Unknown** |
| | **prysmtechnologies.net** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Prysm, Inc.**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **prysmtechnologies.org** | **Unknown** | **Unknown** |
| **prysmtechnology.org** | **Unknown** | **Unknown** |
| **sltesting.com** | **Unknown** | **Unknown** |
| **spudnikinc.com** | **Unknown** | **Unknown** |
| **spudnikinc.info** | **Unknown** | **Unknown** |
| **spudnikinc.net** | **Unknown** | **Unknown** |
| **spudnikinc.org** | **Unknown** | **Unknown** |
| **synthesize.com** | **Unknown** | **Unknown** |
| **visualworkplace.us** | **Unknown** | **Unknown** |
| **mammothhq.com** | **Unknown** | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        **Unknown**
       Add lines 60 through 65. Copy the total to line 89.                          _____

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☒ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Prysm, Inc.**
          _____    Case number *(If known)* _____
          Name

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **Net Operating Losses** _____    Tax year  **2010-2020** _____    **Unknown**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

      | **Unknown** |
      |---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Prysm, Inc.**
_____
Name

Case number *(If known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,736,007.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $573,010.42 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,109,872.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,174,211.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,029.83 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,636,132.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,636,132.16 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Prysm, Inc.**
**Schedule A/B Part 10 Intangibles and Intellectual Property List**

## Copyright List- PAS

| creation_date | Fam_ID | Title | first_public_distribution | Filing_date | Copyright_office_Reg_date | Copyright_office_Reg_Number |
|---|---|---|---|---|---|---|
| 12/17/2015 | SKCR0004 | Synthesis Release 2.2 | 09/30/2015 | 12/16/2015 | 12/16/2015 | TX 8-203-422 |
| 04/20/2016 | SKCR0001 | Synthesis Release 1.2.2 | | 12/16/2015 | 07/31/2015 | TX 8-200-320 |
| 04/28/2016 | SKCR0005 | Synthesis Release 2.3.1 | 03/11/2016 | 05/12/2016 | 05/12/2016 | TX 8-278-002 |
| 08/01/2016 | SKCR0002 | Synthesis Release 1.8.7 | | 12/16/2015 | 07/31/2015 | TX 8=210-224 |
| 08/01/2016 | SKCR0003 | Synthesis Release 1.9.2 | | 12/16/2015 | 07/31/2015 | TX 8-210-225 |
| 08/01/2016 | SKCR0007 | Synthesis Release 2.0.3 | 06/11/2015 | | 07/31/2015 | TX 8-212-654 |
| 10/24/2016 | SKCR0009 | Synthesis Release 2.6 | 09/22/2016 | 11/29/2016 | 11/29/2016 | TX 8-347-281 |



| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| KNOWLEDGE AUTOMATION SYSTEM AND METHOD, AS WELL AS A MEMORY | China | 8/6/2015 | 201580054451.6 | CN 106796578 B | 5/10/2019 | PAS |
| SHARED STREAMING FROM ANY SOURCE | European Union | 3/24/2016 | 16162216.2 | 602016007957.7 | 11/15/2018 | PAS |
| Techniques for Sharing Real-Time Content Between Multiple Endpoints | United Kingdom | 3/24/2016 | | 3076647 | 11/15/2018 | PAS |
| USER PRESENCE DETECTION AND DISPLAY OF PRIVATE CONTENT AT A REMOTE COLLABORATION VENUE | China | 6/16/2016 | 201610431144.1 | CN 106257396 B | 7/9/2019 | PAS |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.



NON-US PENDINGIPAS

| Appln Status | Title | App Type | Date Filed | Appln No | Inventor/ Applicant |
|---|---|---|---|---|---|
| China | *Techniques for Sharing Real-Time Content Between Multiple Endpoints* | Direct | 3/30/2016 | 201610190716.1 | ███████████ |
| European Union | *USER PRESENCE DETECTION AND DISPLAY OF PRIVATE CONTENT AT A REMOTE COLLABORATION VENUE* | Direct | 6/14/2016 | EP16174426.3 | ███████████ |
| China | *OPENING INSTANCES OF AN ASSET* | Direct | 1/25/2017 | 20171000612143 | ███████ |
| China | *Shared Applications Including Shared Browser Applications that Permit Retrieval, Presentation and Traversal of Information Resources* | Direct | 4/23/2018 | 2018103688115 | ██████████ |
| China | *Disparate Workflow Integration Using a Meshed Visualization Canvas* | Utility | 9/17/2018 | 201811083086.3 | ████████ |
| Germany | *Techniques for Sharing Real-Time Content Between Multiple Endpoints* | Validation | 3/24/2016 | 16162216.2 | ███████████ |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020



# U.S. ISSUED PATENTS

| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|---|---|---|---|---|---|---|
| LOCKING INTERACTIVE ASSETS ON LARGE GESTURE-SENSITIVE SCREEN DISPLAYS | utility | 3/31/2015 | 14/675,615 | 10,379,695 | ███████ | PAS |
| Techniques for Sharing Real-Time Content Between Multiple Endpoints | utility | 3/31/2015 | 14/675,602 | 9,906,594 | ███████ | PAS |
| AUTOMATED COLLECTIVE TERM AND PHRASE INDEX | utility | 9/23/2015 | 14/862,621 | 9,864,741 | ███████ | PAS |
| CONTENT SHARING WITH CONSISTENT ASPECT RATIOS | Utility Trck 1 | 2/2/2016 | 15/013,925 | 10,296,277 | ███████ | PAS |
| CONTENT SHARING WITH CONSISTENT ASPECT RATIOS | utility | 2/2/2016 | 15/013,911 | 10,261,741 | ███████ | PAS |
| GRAPHICAL USER INTERFACE FOR ASPECT RATIO SELECTION | design | 2/8/2016 | 29/620,230 | D797768 | ███████ | PAS |
| GRAPHICAL USER INTERFACE FOR PRESENTING A GRID OF WINDOWS | design | 2/8/2016 | 29/620,040 | D797128 | ███████ | PAS |
| Application of Asset Control Features to Assets in a Shared workspace | utility | 5/19/2016 | 15/159,594 | 10,574,735 | ███████ | PAS |
| USER PRESENCE DETECTION AND DISPLAY OF PRIVATE CONTENT AT A REMOTE COLLABORATION VENUE | utility | 6/14/2016 | 15/182,520 | 10,609,135 | ███████ | PAS |
| Confidentiality-based File Hosting | utility | 6/15/2016 | 15/183,539 | 10,104,129 | ███████ | PAS |
| TECHNIQUES FOR CLOUD SERVER CONNECTION INDICATOR | utility | 2/3/2017 | 15/424,740 | 10,355,872 | ███████ | PAS |
| Drag to Undo/Redo a Digital Ink Canvas Using a Visible History Palette | utility | 4/10/2017 | 15/483,673 | 10,229,518 | ███████ | PAS |
| Shared Applications Including Shared Browser Applications that Permit Retrieval, Presentation and Traversal of Information Resources | utility | 4/21/2017 | 15/493,962 | 10,129,306 | ███████ | PAS |
| GRAPHICAL USER INTERFACE FOR ASPECT RATIO SELECTION | design | 9/15/2017 | 29/617,898 | D843386 | ███████ | PAS |
| Confidentiality-based File Hosting | continuation | 10/3/2018 | 16/151,172 | 10,454,976 | ███████ | PAS |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.

| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|-------|----------|-----------|----------|---------|---------------------|----------------|
| **Shared Applications Including Shared Browser Applications that Permit Retrieval, Presentation and Traversal of Information Resources** | continuation | 10/3/2018 | 16/151,150 | 10,454,981 | ██████████████ | PAS |
| **Application of Asset Control Features to Assets in a Shared workspace** | continuation | 2/20/2020 | 16/796,548 | | ██████████████ | PAS |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.

6/4/2020



| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|-------|----------|------------|----------|---------|---------------------|----------------|
| **Disparate Workflow Integration Using a Meshed Visualization Canvas** | utility | 9/6/2018 | 16/123,746 | | ███████████ | PAS |
| **TECHNIQUES FOR DISPLAYING SHARED DIGITAL ASSETS CONSISTENTLY ACROSS DIFFERENT DISPLAYS** | continuation | 11/18/2019 | 16/687,572 | | ███████████ | PAS |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.


| Fam_ID | Fam_ID suffix | Application No. | filing_date | office action count | Official_ Gazette_ date | Granted_ Reg_date | Granted_ Reg_Num | class_number | Title |
|---|---|---|---|---|---|---|---|---|---|
| SKT0008 | B1US02 | 87/252,656 | 11/30/2016 | 1 | | 7/31/2018 | 5532047 | 009 | Synthesis Hex GUI |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.


| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | China | 3/31/2006 | 200680019439.2 | CN 101218621 B | 7/13/2011 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | European Union | 3/31/2006 | 06740108.3 | 1866901 | 5/16/2012 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | Japan | 3/31/2006 | 2008-504392 | 5243239 | 4/12/2013 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | Republic of Korea | 3/31/2006 | 10-2007-7025455 | 0958228 | 5/7/2010 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | China | 2/15/2007 | 200780013521.9 | CN 101421773 B | 6/22/2011 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | European Union | 9/15/2008 | 07750816.6 | 1989699 | 7/31/2013 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | Japan | 8/13/2008 | 2008-555348 | 5020980 | 6/22/2012 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | Republic of Korea | 9/12/2008 | 10-2008-7022466 | 0967268 | 6/23/2010 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | China | 6/23/2008 | 200680048762.2 | ZL 200680048762.2 | 11/2/2011 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | European Union | 5/23/2008 | 06836510.5 | 1977413 | 3/12/2014 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | India | 5/21/2008 | 4330/DELNP/2008 | 279555 | 1/25/2017 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | Japan | 4/24/2008 | 2008-537899 | 4612723 | 10/22/2010 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | Republic of Korea | 5/23/2008 | 10-2008-7012441 | 1029920 | 4/11/2011 | Prysm |
| Phosphor Compositions For Scanning Beam Displays | European Union | 12/3/2008 | 07761919.5 | 2021861 | 9/26/2012 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | European Union | 12/8/2008 | 07783797.9 | 2026834 | 2/25/2015 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | China | 1/15/2009 | 200780024416.5 | ZL200780024416.5 | 12/14/2011 | Prysm |
| Phosphor Compositions and Other Fluorescent Materials for Display Systems and Devices | China | 5/4/2007 | 200780020461.3 | CN 101460880 B | 5/23/2012 | Prysm |
| Phosphor Compositions and Other Fluorescent Materials for Display Systems and Devices | Japan | 11/5/2008 | 2009-510110 | 5119502 | 11/2/2012 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| Phosphor Compositions For Scanning Beam Displays | Republic of Korea | 12/5/2008 | 10-2008-7029836 | 1026307 | 3/24/2011 | Prysm |
| Delivering and Displaying Advertisement or Other Application Data to Display Systems | China | 11/18/2009 | 200880016617.5 | CN101682709 | 11/6/2013 | Prysm |
| DELIVERING AND DISPLAYING ADVERTISEMENT OR OTHER APPLICATION DATA TO DISPLAY SYSTEMS | United Kingdom | 10/20/2009 | 0918372.4 | GB2460802 | 9/5/2012 | Prysm |
| Screens with Light-Emitting Stripes for Scanning Beam Display Systems | Russian Federation | 12/16/2009 | 2009146834 | 2442197 | 2/10/2012 | Prysm |
| Multilayered Screens with Light-Emitting Stripes for Scanning Beam Display Systems | Republic of Korea | 12/17/2009 | 10-2009-7026349 | 1117912 | 2/10/2012 | Prysm |
| FLEXURE ACTUATOR | China | 2/20/2010 | 2010101I4405.X | ZL201010114405.X | 3/27/2013 | Prysm |
| FLEXURE ACTUATOR | United Kingdom | 2/11/2010 | 1002335.6 | 2467841 | 3/28/2012 | Prysm |
| Multilayered Screens with Light-Emitting Stripes for Scanning Beam Display Systems | China | 12/31/2009 | 200880023058.0 | ZL200880023058.0 | 2/9/2011 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | China | 6/27/2008 | 200880022220.7 | CN 101689341 B | 7/18/2012 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | Republic of Korea | 2/16/2010 | 10-2010-7003404 | 1196509 | 10/25/2012 | Prysm |
| DETECTING SCREEN BREAKAGE IN DISPLAY SYSTEMS | United Kingdom | 2/26/2010 | 1003337.1 | 2468947 | 4/4/2012 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | Republic of Korea | 1/26/2010 | 10-2010-7001799 | 1117822 | 2/9/2012 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | European Union | 1/5/2010 | 08781135.2 | 2168115 | 10/25/2017 | Prysm |
| COMPOSITE SCREENS FORMED BY TILED LIGHT-EMITTING SCREENS | China | 4/16/2010 | 201010152200.0 | ZL 201010152200.0 | 12/18/2013 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | Russian Federation | 1/26/2010 | 2010102520 | 2425427 | 7/27/2011 | Prysm |
| SERVO-ASSISTED SCANNING BEAM DISPLAY SYSTEMS HAVING SCREENS WITH ON-SCREEN REFERENCE MARKS | Republic of Korea | 5/17/2010 | 10-2010-7010808 | 1226814 | 1/21/2013 | Prysm |
| Servo Feedback Control Based on Invisible Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | Japan | 12/14/2009 | 2010-515204 | 5450404 | 1/10/2014 | Prysm |
| Multi Beam Scanning  Device | China | 8/19/2008 | 200880103799.X | CN 101784939 B | 11/21/2012 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| Multi Beam Scanning Device | Republic of Korea | 3/18/2010 | 2010-7005969 | 10-1120487 | 2/20/2012 | Prysm |
| Multi Beam Scanning Device | Russian Federation | 3/19/2010 | 2010110611 | 2430390 | 9/27/2011 | Prysm |
| Multi Beam Scanning Device | European Union | 8/19/2008 | 08827916.1 | 2189833 | 5/3/2017 | Prysm |
| Multibeam Scanning Device | Japan | 8/19/2008 | 2009-529029 | 5384350 | 10/11/2013 | Prysm |
| SMALL BEZEL DISPLAY SCREEN HAVING A SUPPORTING FILM LAYER | China | 6/28/2010 | 201010214995.3st | ZL 201010214995.3 | 5/27/2015 | Prysm |
| Two Dimensional Scanning Projection Device | Japan | 10/15/2008 | 2010-505259 | 5492765 | 3/7/2014 | Prysm |
| Two Dimensional Scanning Projection Device | China | 10/15/2008 | 200880128258.2 | CN 101981486 B | 1/16/2013 | Prysm |
| Two Dimensional Scanning Projection Device | United Kingdom | 10/15/2008 | 1018022.2 | GB2471431 | 11/14/2012 | Prysm |
| Multilayered Screens with Light-Emitting Stripes for Scanning Beam Display Systems | China | 5/19/2008 | 201010282135.3 | CN 101950122 B | 1/4/2012 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| BEAM SCANNING BASED ON TWO-DIMENSIONAL POLYGON SCANNER FOR DISPLAY AND OTHER APPLICATIONS | China | 7/27/2009 | 200980125648.9 | CN 102084281 B | 10/31/2012 | Prysm |
| BEAM SCANNING BASED ON TWO-DIMENSIONAL POLYGON SCANNER FOR DISPLAY AND OTHER APPLICATIONS | Republic of Korea | 11/8/2010 | 10-2010-7025080 | 1264009 | 5/7/2013 | Prysm |
| BEAM SCANNING BASED ON TWO-DIMENSIONAL POLYGON SCANNER FOR DISPLAY AND OTHER APPLICATIONS | India | 8/10/2010 | 6439/CHENP/2010 | 306876 | 2/5/2019 | Prysm |
| Scanning Optical Device | Japan | 9/26/2008 | 2010-530662 | 5307148 | 7/5/2013 | Prysm |
| Scanning Optical Device | Japan | 9/26/2008 | 2010-530661 | 5249338 | 4/19/2013 | Prysm |
| FINE BRIGHTNESS CONTROL IN PANELS OR SCREENS WITH PIXELS | United Kingdom | 1/4/2011 | 1100056.9 | GB2477384 | 12/21/2011 | Prysm |
| Method for adjusting light deflector and light deflecting unit | Japan | 5/27/2010 | 2010-539074 | 5249348 | 4/19/2013 | Prysm |
| System and method for adjusting optical element | Japan | 6/3/2010 | 2010-540246 | 5154661 | 12/14/2012 | Prysm |
| Scanning Projection Device | Japan | 5/27/2010 | 2010-539073 | 5226081 | 3/22/2013 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.


NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| Optical Element Adjusting/Holding Mechanism | Japan | 11/17/2008 | 2010-537653 | 5384517 | 10/11/2013 | Prysm |
| System for removing a display unit from a multi panel display | European Union | 1/31/2011 | 11152749.5 | 2355075 | 5/6/2013 | Prysm |
| DYNAMIC POWER AND BRIGHTNESS CONTROL FOR A DISPLAY SCREEN | China | 6/7/2011 | 201110209414.1 | CN 102298918 B | 5/4/2016 | Prysm |
| OPTICAL COMPONENT CALIBRATION SYSTEM FOR LASER-BASED DISPLAY DEVICE | United Kingdom | 6/7/2011 | 1109490.1 | 2481120 | 6/7/2016 | Prysm |
| OPTICAL COMPONENT CALIBRATION SYSTEM FOR LASER-BASED DISPLAY DEVICE | China | 6/7/2011 | 201110218561.5 | CN 102289072 B | 11/25/2015 | Prysm |
| LOCAL DIMMING ON LIGHT-EMITTING SCREENS FOR IMPROVED IMAGE UNIFORMITY IN SCANNING BEAM DISPLAY SYSTEMS | United Kingdom | 6/3/2011 | 1109396.0 | GB2481114 | 3/18/2015 | Prysm |
| LOCAL DIMMING FOR IMPROVED IMAGE UNIFORMITY IN SCANNING BEAM DISPLAY SYSTEMS | China | 6/8/2011 | 201110159768.X | CN 102279466 B | 3/19/2014 | Prysm |
| DISPLAY SCREEN WITH LOW-INDEX REGION SURROUNDING PHOSPHORS | United Kingdom | 6/8/2011 | 1109572.6 | 2481127 | 6/1/2016 | Prysm |
| NEIGHBORHOOD BRIGHTNESS MATCHING FOR UNIFORMITY IN A TILED DISPLAY SCREEN | United Kingdom | 6/7/2011 | 1109499.2 | GB 2481122 | 8/9/2017 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| NEIGHBORHOOD BRIGHTNESS MATCHING FOR UNIFORMITY IN A TILED DISPLAY SCREEN | Germany | 6/7/2011 | 102011077142.5 | 10 2011 077 142.5 | 9/5/2013 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | China | 3/31/2006 | 201110176648.0 | CN 102231252 B | 3/19/2014 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | United Kingdom | 3/31/2006 | 06740108.3 | 1866901 | 5/16/2012 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | Germany | 3/31/2006 | 06740108.3 | 602006029488.3 | 5/16/2012 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | France | 3/31/2006 | 06740108.3 | 1866901 | 5/16/2012 | Prysm |
| OPTICAL BEAM CONTROL BASED ON FLEXURE ACTUATION WITH POSITIONING SENSING AND SERVO CONTROL | China | 1/30/2012 | 201210029305.6 | CN 102621689 B | 2/11/2015 | Prysm |
| EDGE ILLUMINATION OF BEZELLESS DISPLAY SCREEN | China | 10/4/2010 | 201080055276.X | CN 102667583 B | 1/14/2015 | Prysm |
| EDGE ILLUMINATION OF BEZELLESS DISPLAY SCREEN | United Kingdom | 4/18/2012 | 1206775.7 | GB2486387 | 3/18/2015 | Prysm |
| Phosphor Compositions For Scanning Beam Displays | France | 5/4/2007 | | 2021861 | 9/26/2012 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.


NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| Phosphor Compositions For Scanning Beam Displays | Germany | 9/27/2012 | 12405REGPTEPDE | 602007025737.9 | 9/26/2012 | Prysm |
| Phosphor Compositions For Scanning Beam Displays | United Kingdom | 12/3/2008 | | 2021861 | 9/26/2012 | Prysm |
| PHOSPHOR COMPOSITIONS AND OTHER FLUORESCENT MATERIALS FOR DISPLAY SYSTEMS AND DEVICES | European Union | 3/26/2012 | 12161355.8 | 2549330 | 8/30/2017 | Prysm |
| 2-D STRAIGHT-SCAN ON IMAGING SURFACE WITH A RASTER POLYGON | China | 9/26/2012 | 201210377602.X | CN 103018899 B | 7/29/2015 | Prysm |
| 2-D STRAIGHT-SCAN ON IMAGING SURFACE WITH A RASTER-POLYGON | United Kingdom | 9/20/2012 | GB1216753.2 | GB2494985 | 12/16/2015 | Prysm |
| COMPOSITE PHOSPHOR MATERIALS FOR EMITTING VISIBLE LIGHT AND APPLICATIONS IN GENERATION OF VISIBLE LIGHT INCLUDING LIGHT-EMITTING SCREENS | United Kingdom | 9/26/2012 | 1217162.5 | 2497159 | 11/11/2015 | Prysm |
| COMPOSITE AND OTHER PHOSPHOR MATERIALS FOR EMITTING VISIBLE LIGHT AND APPLICATIONS IN GENERATION OF VISIBLE LIGHT INCLUDING LIGHT-EMITTING SCREENS | Japan | 10/1/2012 | 2012-219548Bi | 5839587 | 11/20/2015 | Prysm |
| System for removing a display unit from a multi panel display | United Kingdom | 1/31/2011 | 11152749.5 | 2355075 | 5/6/2013 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | Japan | 5/27/2013 | 2013-111037 | 5537701 | 5/9/2014 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.


| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| Multilayered Screens with Light-Emitting Stripes for Scanning Beam Display Systems | Japan | 5/20/2013 | | 5858584 | 12/25/2015 | Prysm |
| Closed Loop Verification of Rendered Content | China | 7/19/2013 | 201310305519.6 | CN 103581635 B | 5/11/2016 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | Republic of Korea | 6/17/2013 | 10-2013-7015675 | 1329493 | 11/7/2013 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | European Union | 7/29/2013 | 13178331.8 | 2711918 | 7/4/2018 | Prysm |
| REDUCTION OF INTENSITY RINGING IN FLORESCENT DISPLAYS | China | 9/10/2013 | 201310409659.8 | CN 103675971 B | 6/1/2016 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | Germany | 9/15/2008 | 07750816.6 | 602007031995.1 | 7/31/2013 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | United Kingdom | 9/15/2008 | 07750816.6 | 1989699 | 7/31/2013 | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | France | 9/15/2008 | 07750816.6 | 1989699 | 7/31/2013 | Prysm |
| COMPOSITE SCREENS FORMED BY TILED LIGHT-EMITTING SCREENS | China | 4/16/2010 | 201310581611.5 | CN 103744262 B | 12/7/2016 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.


NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| Servo Feedback Control Based on Invisible Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | Japan | 12/25/2013 | 2013-266441 | 5697219 | 2/20/2015 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | United Kingdom | 5/23/2008 | 06836510.5 | 1977413 | 3/12/2014 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | Germany | 5/23/2008 | 60 2006 040 684.3 | 602006040684.3 | 3/12/2014 | Prysm |
| OPTICAL DESIGNS FOR SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | France | 5/23/2008 | | 1977413 | 3/12/2014 | Prysm |
| SELF ALIGNING IMAGER ARRAY | United Kingdom | 4/10/2014 | 1406510.6 | 2515868 | 12/28/2016 | Prysm |
| SELF ALIGNING IMAGER ARRAY | China | 4/10/2014 | 201410142366.2 | CN 104102003 B | 4/12/2017 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | Japan | 4/25/2014 | | 5990666 | 8/26/2016 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | United Kingdom | 12/8/2008 | | 2026834 | 4/9/2015 | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | Germany | 12/8/2008 | | 60 2007 040358.8 | 3/9/2015 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020


NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| ROLLABLE DISPLAY SCREEN QUILT | China | 3/6/2015 | 201510100317.7 | CN 104898272 B | 8/21/2018 | Prysm |
| SEAMLESS EMISSION TILE QUILT | China | 10/2/2013 | 201380051991.X | CN 104703787 B | 10/16/2018 | Prysm |
| SEAMLESS EMISSION TILE QUILT | Germany | 4/2/2015 | 112013004878.7 | 112013004878.7 | 11/22/2018 | Prysm |
| SEAMLESS EMISSION TILE QUILT | United Kingdom | 4/2/2015 | 1505708.6 | GB2521077 | 4/18/2018 | Prysm |
| 2-D STRAIGHT-SCAN ON IMAGING SURFACE WITH A RASTER POLYGON | China | 9/26/2012 | 201510388944.5 | CN 104977715 B | 8/14/2018 | Prysm |
| Scanning Beam Display System | European Union | 12/15/2015 | 15200013.9 | 3038078 | 6/19/2019 | Prysm |
| Scanning Beam Display System | China | 12/24/2015 | 201510993334.8 | CN 105739225 B | 2/2/2018 | Prysm |
| LAMBERTION SERVO SENSOR POSITION AND TIMING | European Union | 3/4/2016 | 16158721.7 | 3073734 | 12/26/2018 | Prysm |
| LAMBERTION SERVO SENSOR POSITION AND TIMING | China | 3/7/2016 | 201610128991.0 | CN 105938700 B | 8/30/2019 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020



NON-US_GRANTED_LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| NON-STRAIGHT SEAMING | European Union | 8/19/2016 | 15752784.7 | 3108357 | 4/26/2018 | Prysm |
| Display Systems and Devices Having Screens With Optical Fluorescent Materials | Republic of Korea | 3/31/2006 | 10-2007-7025455 | 0958228 | 5/7/2010 | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | China | 10/10/2016 | 2016100885139.8 | 201610885139.8 | 5/4/2018 | Prysm |
| SELF ALIGNING IMAGER ARRAY | United Kingdom | 4/10/2014 | 1619483.9 | GB2541584 | 12/20/2017 | Prysm |
| Multi Beam Scanning  Device | United Kingdom | | | 2189833 | 5/31/2017 | Prysm |
| Multi Beam Scanning  Device | Germany | | | 602008 050 111.6 | 5/31/2017 | Prysm |
| BROWSER BASED SNAP GRID | United Kingdom | 1/31/2017 | 1701557.9 | 2548223 | 9/12/2018 | Prysm |
| Multi Beam Scanning  Device | France | | | EP2189833 | 6/14/2017 | Prysm |
| PHOSPHOR COMPOSITIONS AND OTHER FLUORESCENT MATERIALS FOR DISPLAY SYSTEMS AND DEVICES | Germany | | | 602007052231.5 | 8/30/2017 | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.

7/21/2020

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| PHOSPHOR COMPOSITIONS AND OTHER FLUORESCENT MATERIALS FOR DISPLAY SYSTEMS AND DEVICES | United Kingdom | | | 2549330 | 8/30/2017 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | United Kingdom | | | EP2168115 | 10/25/2017 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | Germany | | | 60 2008 052 665.8 | 12/6/2017 | Prysm |
| Servo Feedback Control Based on Designated Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens | France | | | 08781135.2 | 12/22/2017 | Prysm |
| NON-STRAIGHT SEAMING | Germany | 2/19/2015 | | 602015011473.6 | 4/26/2018 | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | Germany | | | 602016003966.4 | | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | France | | | 3153923 | | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | United Kingdom | | | 3153923 | | Prysm |
| LAMBERTION SERVO SENSOR POSITION AND TIMING | Germany | | | 602016008556.9 | 12/26/2018 | Prysm |

Prysm® Confidential
© 2020 Prysm, Inc. All rights reserved.


| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|-------|---------|-------------|---------------|--------------|------------|---------------|
| LAMBERTION SERVO SENSOR POSITION AND TIMING | United Kingdom | | | 3073734 | | Prysm |
| Scanning Beam Display System | Germany | 12/15/2015 | 15200013.9 | 602015032169.3 | 6/19/2019 | Prysm |

Prysm® Confidential
© 2020 Prysm, Inc. All rights reserved.



NON-US PENDING/LPD

| Title | Country | Filing_date | Serial_number | Grant_number | Grant_date | Current Owner |
|---|---|---|---|---|---|---|
| LOCAL DIMMING FOR IMPROVED IMAGE UNIFORMITY IN SCANNING BEAM DISPLAY SYSTEMS | India | 6/6/2011 | 1596/DEL/2011 | | | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | European Union | 10/10/2016 | EP16193127.4 | | | Prysm |
| Servo-Assisted Scanning Beam Display Systems Using Fluorescent Screens | United Kingdom | 7/29/2013 | 13178331.8 | | | Prysm |
| Scanning Beam Display System | United Kingdom | 12/15/2015 | 15200013.9 | | 6/19/2019 | Prysm |
| DISPLAY SYSTEM WITH MULTIPLE BEAM SCANNERS | WIPO | 5/24/2019 | PCT/US19/34060 | | | Prysm |
| Laser Diode Drive Method and Arrangement | China | 8/1/2019 | 201910707964.2 | | | Prysm |
| LAMBERTION SERVO SENSOR POSITION AND TIMING | China | 8/6/2019 | 201910721905.0 | | | Prysm |
| BEAM SCANNING ENGINE AND DISPLAY SYSTEM WITH MULTIPLE BEAM SCANNERS | China | 1/31/2020 | 202010077721.8 | | | Prysm |

Prysm® Confidential
© 2020  Prysm, Inc. All rights reserved.


| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|-------|----------|-----------|----------|---------|--------------------|----------------|
| Laser Beam Scanning Apparatus and Method | utility | 6/7/1991 | 07/711,757 | 5,166,944 | | Prysm |
| Laser Beam Scanning Apparatus and Method | utility | 6/5/1992 | 08/162,043 | 5,646,766 | | Prysm |
| Methods and Apparatus for Image Projection | utility | 5/22/1995 | 08/447,104 | 5,614,961 | | Prysm |
| Methods and Apparatus for Image Projection | utility | 12/15/1995 | 08/573,511 | 5,715,021 | | Prysm |
| Light Beam Scanning Apparatus and Method | utility | 7/3/1997 | 08/887,947 | 6,008,925 | | Prysm |
| Laser Beam Display | utility | 10/8/1998 | 09/169,163 | 6,175,440 | | Prysm |
| Light Beam Display | utility | 10/8/1999 | 09/806,163 | 6,621,609 | | Prysm |
| Light Beam Display with Interlaced Light Beam Scanning | utility | 10/24/2001 | 10/000,945 | 6,839,042 | | Prysm |
| Laser Displays Using UV-Excitable Phosphors Emitting Visible Colored Light | utility | 4/27/2005 | 11/116,998 | 7,474,286 | | Prysm |
| Display Systems Having Screens With Optical Fluorescent Materials | utility | 1/18/2006 | 11/335,813 | 7,791,561 | | Prysm |
| Display Screens Having Optical Fluorescent Materials | utility | 1/19/2006 | 11/337,170 | 7,733,310 | | Prysm |
| Optical Designs for Scanning Beam Display Systems Using Fluorescent Screens | utility | 8/24/2006 | 11/510,495 | 8,089,425 | | Prysm |
| Multilayered Fluorescent Screens for Scanning Beam Display Systems | utility | 8/31/2006 | 11/514,720 | 8,000,005 | | Prysm |
| Servo-assisted scanning beam display systems using fluorescent screens | utility | 9/1/2006 | 11/515,420 | 8,451,195 | | Prysm |
| Scanning beams displays based on light-emitting screens having phosphors | utility | 10/27/2006 | 11/553,971 | 7,994,702 | | Prysm |
| Correcting Pyramidal Error of Polygon Scanner In Scanning Beam Display Systems | utility | 12/13/2006 | 11/610,479 | 7,884,816 | | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.



| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|-------|----------|------------|----------|---------|---------------------|----------------|
| **POST-OBJECTIVE SCANNING BEAM SYSTEMS** | utility | 4/30/2007 | 11/742,014 | 7,697,183 | ███████ | Prysm |
| **Servo Feedback Control Based on Invisible Scanning Servo Beam in Scanning Beam Display Systems with Light-Emitting Screens** | utility | 6/27/2007 | 11/769,580 | 7,878,657 | ███████ | Prysm |
| **Organic Compounds for Adjusting Phosphor Chromaticity** | utility | 12/12/2007 | 11/955,344 | 8,013,506 | ████████ | Prysm |
| **Delivering and Displaying Advertisement or Other Application Data to Display Systems** | utility | 3/20/2008 | 12/052,709 | 9,525,850 | ██████ | Prysm |
| **Patterning a surface using pre-objective and post-objective raster scanning systems** | utility | 4/7/2008 | 12/099,147 | 8,169,454 | █████ | Prysm |
| **Display systems having screens with optical fluorescent materials** | utility | 4/29/2008 | 10/578,038 | 8,803,772 | ███████ | Prysm |
| **Multilayered Screens with Light-Emitting Stripes for Scanning Beam Display Systems** | utility | 5/19/2008 | 12/123,418 | 8,038,822 | ████████ | Prysm |
| **Beam Scanning Based on Two-Dimensional Polygon Scanner for Display and Other Applications** | utility | 7/25/2008 | 12/180,114 | 7,869,112 | ███████ | Prysm |
| **LASER DISPLAYS USING PHOSPHOR SCREENS EMITTING VISIBLE COLORED LIGHT** | continuation | 1/6/2009 | 12/349,489 | 8,232,957 | ██████ | Prysm |
| **Reducing visibility of inter-screen gap in tiled display systems** | utility | 2/2/2009 | 12/364,490 | 9,261,723 | ███ | Prysm |
| **FLEXURE ACTUATOR** | utility | 2/17/2009 | 12/372,558 | 8,130,436 | ████ | Prysm |
| **COMPOSITE SCREENS FORMED BY TILED LIGHT-EMITTING SCREENS** | utility | 4/16/2009 | 12/425,357 | 8,493,284 | ████ | Prysm |
| **Multi-panel display screen having a supporting film layer** | utility | 6/26/2009 | 12/493,128 | 8,258,685 | ██████ | Prysm |
| **EDGE ILLUMINATION OF BEZELLESS DISPLAY SCREEN** | utility | 10/5/2009 | 12/573,677 | 8,416,368 | █████ | Prysm |
| **Servo feedback control based on designated scanning servo beam in scanning beam display systems with light-emitting screens** | CIP | 12/21/2009 | 12/643,623 | 8,556,430 | ███████ | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.



# U.S. ISSUED PATENTS

| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|---|---|---|---|---|---|---|
| POST-OBJECTIVE SCANNING BEAM SYSTEMS | national phase | 2/3/2010 | 12/594,938 | 8,045,247 | ███ | Prysm |
| MULTIBEAM SCANNING DEVICE | national phase | 2/22/2010 | 12/674,652 | 8,248,679 | ███ | Prysm |
| Display systems for high contrast display applications | utility | 3/19/2010 | 12/727,886 | 8,591,042 | ███ | Prysm |
| OPTICAL COMPONENT CALIBRATION SYSTEM FOR LASER-BASED DISPLAY DEVICE | utility | 6/7/2010 | 12/795,490 | 9,052,521 | ███ | Prysm |
| LOCAL DIMMING ON LIGHT-EMITTING SCREENS FOR IMPROVED IMAGE UNIFORMITY IN SCANNING BEAM DISPLAY SYSTEMS | utility | 6/8/2010 | 12/796,591 | 9,217,862 | ███ | Prysm |
| Beam scanning systems based on two-dimensional polygon scanner | national phase | 7/8/2010 | 12/812,188 | 8,593,711 | ███ | Prysm |
| Display Systems Having Screens With Optical Fluorescent Materials | utility | 9/7/2010 | 12/877,069 | 8,698,713 | ███ | Prysm |
| Two Dimensional  Scanning Projection  Device | national phase | 9/27/2010 | 12/891,712 | 9,772,544 | ███ | Prysm |
| SERVO-ASSISTED SCANNING BEAM DISPLAY SYSTEMS USING FLUORESCENT SCREENS | continuation | 11/30/2010 | 12/956,749 | 8,384,625 | ███ | Prysm |
| SIGNAL AND POWER INTERCONNECT FOR DISPLAY DEVICE | utility | 12/29/2010 | 12/980,599 | 8,788,733 | ███ | Prysm |
| Fine brightness control in panels or screens with pixels | utility | 1/14/2011 | 13/007,505 | 8,379,063 | ███ | Prysm |
| System for Removing a Display Unit From a Multi Panel Display | utility | 1/28/2011 | 13/016,851 | 8,801,357 | ███ | Prysm |
| SCANNING OPTICAL DEVICE | national phase | 3/28/2011 | 13/073,930 | 8,223,415 | ███ | Prysm |
| SCANNING OPTICAL DEVICE | national phase | 3/28/2011 | 13/073,902 | 8,228,581 | ███ | Prysm |
| MULTILAYERED FLUORESCENT SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | divisional | 4/1/2011 | 13/078,835 | 8,203,785 | ███, | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.



| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|---|---|---|---|---|---|---|
| **MULTILAYERED FLUORESCENT SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS** | divisional | 4/1/2011 | 13/078,859 | 8,233,217 | | Prysm |
| **DITHERED POWER MATCHING OF LASER LIGHT SOURCES IN A DISPLAY DEVICE** | utility | 4/29/2011 | 13/098,010 | 8,830,214 | | Prysm |
| **DYNAMIC POWER AND BRIGHTNESS CONTROL FOR A DISPLAY SCREEN** | utility | 6/3/2011 | 13/153,304 | 9,607,577 | | Prysm |
| **Power Calibration of Multiple Light Sources in a Display Screen** | utility | 6/6/2011 | 13/154,380 | 8,947,410 | | Prysm |
| **Power calibration of multiple light sources in a display screen** | utility | 6/6/2011 | 13/154,387 | 9,053,659 | | Prysm |
| **SCANNING BEAM DISPLAYS BASED ON LIGHT-EMITTING SCREENS HAVING PHOSPHORS** | continuation | 8/8/2011 | 13/205,582 | 8,344,610 | | Prysm |
| **REDUCING MICRO-DEFECTS IN FRESNEL LENSES** | utility | 8/31/2011 | 13/223,089 | 8,520,323 | | Prysm |
| **OPTICAL BEAM CONTROL BASED ON FLEXURE ACTUATION WITH POSITIONING SENSING AND SERVO CONTROL** | utility | 9/23/2011 | 13/243,731 | 8,274,724 | | Prysm |
| **2-D STRAIGHT-SCAN ON IMAGING SURFACE WITH A RASTER POLYGON** | utility | 9/26/2011 | 13/245,655 | 9,041,762 | | Prysm |
| **COMPOSITE AND OTHER PHOSPHOR MATERIALS FOR EMITTING VISIBLE LIGHT AND APPLICATIONS IN GENERATION OF VISIBLE LIGHT INCLUDING LIGHT-EMITTING SCREENS** | utility | 10/4/2011 | 13/252,984 | 9,699,422 | | Prysm |
| **Method of forming a flexure assembly** | utility | 10/11/2011 | 13/271,075 | 8,857,052 | | Prysm |
| **ROLLABLE DISPLAY SCREEN** | utility | 5/11/2012 | 13/470,051 | 8,830,577 | | Prysm |
| **Closed Loop Verification of Rendered Content** | utility | 7/20/2012 | 13/554,979 | 9,377,673 | | Prysm |
| **MULTIBEAM SCANNING DEVICE** | divisional | 7/27/2012 | 13/560,840 | 8,441,704 | | Prysm |
| **Reduction of intensity ringing in fluorescent displays** | utility | 9/13/2012 | 13/615,449 | 8,809,811 | | Prysm |
| **Positioning sensing and position servo control** | CIP | 9/25/2012 | 13/626,860 | 8,582,191 | | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.



| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|-------|----------|-----------|----------|---------|--------------------|----------------|
| **PORTABLE DISPLAY** | utility | 1/7/2013 | 13/735,407 | 9,469,080 | | Prysm |
| **DISPLAYS HAVING BUILT-IN MOIRÉ REDUCTION STRUCTURES** | national phase | 3/15/2013 | 13/823,928 | 9,121,577 | | Prysm |
| **TILE ROW PIXEL SHIFT IN A TILED DISPLAY SYSTEM** | utility | 5/13/2013 | 13/892,409 | 9,336,748 | | Prysm |
| **Servo feedback control based on designated scanning servo beam in scanning beam display systems with light-emitting screens** | continuation | 10/11/2013 | 14/052,513 | 8,814,364 | | Prysm |
| **Beam scanning based on two-dimensional polygon scanner having a designated facet for blanking operation for display and other applications** | national phase | 11/26/2013 | 14/091,328 | 9,041,991 | | Prysm |
| **SELF ALIGNING IMAGER ARRAY** | utility | 4/8/2014 | 14/247,558 | 9,532,016 | | Prysm |
| **Scanning Beam Display System** | utility | 12/24/2014 | 14/583,023 | 9,998,717 | | Prysm |
| **Lambertian servo sensor position and timing** | utility | 3/6/2015 | 14/640,485 | 9,667,928 | | Prysm |
| **ROLLABLE DISPLAY SCREEN QUILT** | utility | 3/6/2015 | 14/640,460 | 9,291,887 | | Prysm |
| **SEAMLESS EMISSION TILE QUILT** | national phase | 3/27/2015 | 14/432,140 | 9,995,997 | | Prysm |
| **2-D STRAIGHT-SCAN ON IMAGING SURFACE WITH A RASTER POLYGON** | continuation | 5/26/2015 | 14/721,013 | 9,440,451 | | Prysm |
| **OPTICALLY EXCITED PHOSPHOR DISPLAY SCREENS HAVING COLORING FILTERING PIGMENTS EMBEDDED IN PHOSPHOR MIXTURES** | utility | 9/25/2015 | 14/866,692 | 10,365,407 | | Prysm |
| **Multilayered screens for scanning beam display systems** | utility | 10/8/2015 | 14/878,947 | 9,690,181 | | Prysm |
| **LOCAL DIMMING ON LIGHT-EMITTING SCREENS FOR IMPROVED IMAGE UNIFORMITY IN SCANNING BEAM DISPLAY SYSTEMS** | utility | 12/21/2015 | 14/977,395 | 9,729,837 | | Prysm |
| **FEEDBACK CONTROL OF DISPLAY SYSTEMS WITH LIGHT-EMITTING SCREENS HAVING EXCITATION LIGHT SOURCE AND PHOSPHOR LAYER** | continuation | 1/7/2016 | 14/990,358 | 9,467,668 | | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.



# U.S. ISSUED PATENTS

| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|-------|----------|-----------|----------|---------|--------------------|----------------|
| COMPENSATION FOR OVERLAPPING SCAN LINES IN A SCANNING-BEAM DISPLAY SYSTEM | utility | 5/25/2016 | 15/164,535 | 9,888,218 | ███████ | Prysm |
| 2-D STRAIGHT-SCAN ON IMAGING SURFACE WITH A RASTER POLYGON | continuation | 8/18/2016 | 15/240,686 | 9,676,206 | ███████████ | Prysm |
| NON-STRAIGHT SEAMING | national phase | 9/15/2016 | 15/126,406 | 10,401,721 | ████████████ | Prysm |
| PORTABLE DISPLAY | continuation | 10/4/2016 | 15/285,158 | 10,303,416 | ████████████ | Prysm |
| SELF ALIGNING IMAGER ARRAY | continuation | 11/21/2016 | 15/356,784 | 9,819,923 | ███████ | Prysm |
| LARGE DISPLAY SYSTEMS WITH SCREEN TENSION ADJUSTABLITLITY | utility | 12/19/2016 | 15/383,988 | 10,063,817 | ████████████ | Prysm |
| LAMBERTION SERVO SENSOR POSITION AND TIMING | continuation | 3/16/2017 | 15/460,874 | 9,900,571 | ████████████ | Prysm |
| VACUUM HOLD-DOWN OF SEAMLESS IMAGE PANEL TO POLYCARBONATE PROTECTIVE FRONTPLANE | utility | 5/23/2017 | 15/602,936 | 10,296,041 | ██████ | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | continuation | 6/23/2017 | 15/632,269 | 10,095,099 | ██████████ | Prysm |
| SELF ALIGNING IMAGER ARRAY | continuation | 8/30/2017 | 15/690,381 | 10,187,621 | ████████ | Prysm |
| COMPENSATION FOR OVERLAPPING SCAN LINES IN A SCANNING-BEAM DISPLAY SYSTEM | continuation | 2/2/2018 | 15/887,393 | 10,218,947 | ███████ | Prysm |
| LAMBERTION SERVO SENSOR POSITION AND TIMING | continuation | 2/19/2018 | | 10,447,982 | ████████████ | Prysm |
| MULTILAYERED SCREENS FOR SCANNING BEAM DISPLAY SYSTEMS | continuation | 8/3/2018 | 16/053,903 | 10,317,787 | ██████████ | Prysm |
| LARGE DISPLAY SYSTEMS WITH SCREEN TENSION ADJUSTABILITY | divisional | 8/14/2018 | 16/103,239 | 10,674,123 | ████████████ | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.



**LPD Pending**

| Title | App Type | Date Filed | Appl. No | Pub. No | Inventor/ Applicant | Owner/Assignee |
|---|---|---|---|---|---|---|
| **LASER DIODE DRIVE METHOD AND ARRANGEMENT** | utility | 7/31/2019 | 16/528,283 | | ██████ | Prysm |
| **REDUCING VISIBILITY OF INTER-SCREEN GAP IN TILED DISPLAY SYSTEM** | utility | 10/31/2019 | 16/670,499 | | ████████ | Prysm |
| **Scanning Beam Display System** | continuation | 11/12/2019 | 16/680,968 | | ███████████ | Prysm |
| **DYNAMIC POWER AND BRIGHTNESS CONTROL FOR A DISPLAY SCREEN** | continuation | 12/18/2019 | 16/719,293 | | ██████████████ | Prysm |
| **BEAM SCANNING ENGINE AND DISPLAY SYSTEM WITH MULTIPLE BEAM SCANNERS** | utility | 1/21/2020 | 16/748,063 | | ████████████ | Prysm |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.

| Fam_ID | Fam_ID_suffix | | Serial_number | Filing_date | allowance_date | Grant_date | Grant_number | | class |
|---|---|---|---|---|---|---|---|---|---|
| SKT0002 | B1EP01 | European Union | 009715021 | 2/7/2011 | | 12/7/2011 | 9715021 | PRYSM | 009 |
| SKT0002 | B1CN01 | China | 9801968 | 1/26/2015 | | 2/20/2016 | 9801968 | PRYSM | 009 |
| SKT0002 | B2CN01 | China | 10553622 | 6/20/2012 | | 11/7/2013 | 11099929 | PRYSM in Chinese Characters 溥美 | 009 |
| SKT0015 | B1CN01 | China | 20400352 | 6/23/2016 | | 8/14/2017 | 20400352 | Visual Workplace | 009 |
| SKT0015 | B1CN02 | China | 20400353 | 6/23/2016 | | 8/14/2017 | 20400353 | Visual Workplace | 038 |

Prysm®. Confidential
© 2020 Prysm, Inc. All rights reserved.

PRYSM

| Fam_ID | Fam_ID suffix | Application No. | filing_date | office action count | Official_ Gazette_ date | Granted_ Reg_date | Granted_ Reg_Num | class_number | Title |
|--------|---------------|-----------------|-------------|---------------------|-------------------------|--------------------|-------------------|--------------|-------|
| SKT0002 | B1US01 | 77/809,545 | 8/20/2009 | 2 | 4/20/2010 | 4/19/2011 | 3,948,560 | 009 | PRYSM |
| SKT0015 | B1US01 | 86/958,855 | 3/30/2016 | 2 | | 8/29/2017 | 5278291 | 009 &042 | Visual Workplace |
| SKT0002 | B1US02 | 87/561,111 | 8/8/2017 | | | 5/7/2019 | 5,742,467 | 009 | PRYSM |
| SKT0002 | B1US03 | 87/561,111 | 8/8/2017 | | | 5/7/2019 | 5,742,467 | 042 | PRYSM |
| SKT0016 | B1US01 | 90/027,071 | 6/29/2020 | | | | | 009 | Prysm Technologies |
| SKT0016 | B2US01 | 90/027,084 | 6/29/2020 | | | | | 042 | Prysm Technologies |

Prysm®. Confidential
© 2020  Prysm, Inc. All rights reserved.

**Fill in this information to identify the case:**

Debtor name  **Prysm, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | AAN Investment LLC | Describe debtor's property that is subject to a lien | $116,687.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**7540 Windsor Dr.
Suite 210
Allentown, PA 18195**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**All assets**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Akhil Saklecha | Describe debtor's property that is subject to a lien | $143,047.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**360 W. Hubbard St.,
Apt. 2909
Chicago, IL 60654**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**All assets**

Describe the lien

Is the creditor an insider or related party?

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Prysm, Inc.**                                                    Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AR Jain Management LLC** |
Creditor's Name

**180 Baytech Dr.**
**San Jose, CA 95134**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien

Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$357,617.00          Unknown

---

| 2.4 | **Artiman Ventures Special** |
Creditor's Name

**Opportunities Fund LP**
**1731 Embarcadero Rd.**
**Suite 212**
**Palo Alto, CA 94303**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien

Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,063,074.00          Unknown

---

| 2.5 | **Aseem Saklecha** |
Creditor's Name

**7188 Sharon Drive**
**San Jose, CA 95129**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien

Is the creditor an insider or related party?
☐ No

$214,570.00          Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Prysm, Inc.**        Case number *(if known)* _____
       Name

---

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Black Meadow Limited** | **Describe debtor's property that is subject to a lien** | $12,602.00 | Unknown |

Creditor's Name

**1C Cantonment Rd. #39-29 SINGAPORE 085301 Republic of Singapore**

**All assets**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **BP-11A** | **Describe debtor's property that is subject to a lien** | $167.00 | Unknown |

Creditor's Name

**Spinnaker Capital LLC One Joy Street Boston, MA 02108**

**All assets**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Corniche Capital Holdings Inc.** | **Describe debtor's property that is subject to a lien** | $7,954.00 | Unknown |

---

| Debtor | **Prysm, Inc.** | | Case number *(if known)* | |
| | Name | | | |

**Creditor's Name**

**MDE'S Bldg., 2nd Fl.,
Purcell Estate
PO Box 4406
TORTOLA, VG 1110,  BVI**

Creditor's mailing address

**All assets**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Flagg Living Trust** | Describe debtor's property that is subject to a lien | **$6,301.00** | **Unknown** |
| | Creditor's Name | **All assets** | | |

**U/A DTD 2/11/2002
1199 Camino Vallecito
Lafayette, CA 94549**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **GII Prysm Investments** | Describe debtor's property that is subject to a lien | **$3,081,485.00** | **Unknown** |
| | Creditor's Name | **All assets** | | |

**Gulf Islamic Investments
501 Tower 2, Blvd. Plaza,
Downtown
DUBAI, UAE**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Prysm, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
1**

**Gore Creek LLC**
Creditor's Name

**Spinnaker Capital LLC
One Joy Street
Boston, MA 02108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**All assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$916.00          Unknown

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
2**

**Harmony Partner Group LLC**
Creditor's Name

**Spinnaker Capital LLC
One Joy Street
Boston, MA 02108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**All assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$2,645.00          Unknown

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
3**

**John Kryzanowski**
Creditor's Name

**820 Grapestone Lane
Sonoma, CA 95476**

Describe debtor's property that is subject to a lien
**All assets**

$16,745.00          Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Prysm, Inc.**                                                          Case number (if known) _____
_____
Name

Creditor's mailing address                    **Describe the lien**
_____        _____

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
_____        **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.1 4 | **Kalpendu Shastri** | **Describe debtor's property that is subject to a lien** | **$532,628.00** | **Unknown** |

Creditor's Name

**5529 Willow Way**
**Orefield, PA 18069**                        **All assets**
Creditor's mailing address                    **Describe the lien**

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.1 5 | **Kopercrest Capital Holdings Inc.** | **Describe debtor's property that is subject to a lien** | **$6,534.00** | **Unknown** |

Creditor's Name

**Mill Mall Tower, 2nd Fl**
**Wickhams Cay 1, P.O. Box**
**4406**                                       **All assets**
**Road Town, TORTOLA, BVI**
Creditor's mailing address                    **Describe the lien**

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

---

Debtor  **Prysm, Inc.**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Kuwait Investment Authority** | | | |
|---|---|---|---|---|

Creditor's Name

**Ministries Complex- Block No. 3**
**P.O. Box 64- Safat 13001**
**KUWAIT**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**All assets**
_____

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$243,841,781.00**          **Unknown**

---

| 2.1 7 | **Macintosh II LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**Spinnaker Capital LLC**
**One Joy Street**
**Boston, MA 02108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**All assets**
_____

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$460.00**          **Unknown**

---

| 2.1 8 | **North Point Partner LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**Spinnaker Capital LLC**
**One Joy Street**
**Boston, MA 02108**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**
_____

**Describe the lien**

**$5,290.00**          **Unknown**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 10

Debtor  **Prysm, Inc.**
_____
Name

Case number (if known)  _____

---

|  |  |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.19**

**Promerica Capital LLC**
_____
Creditor's Name

**Spinnaker Capital LLC**
**One Joy St.**
**Boston, MA 02108**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

$7,934.00        Unknown

**Describe the lien**

|  |  |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.20**

**Prysm AV Investors, L.L.C.**
_____
Creditor's Name

**2000 University Ave. #602**
**Palo Alto, CA 94303**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

$353,096.00        Unknown

**Describe the lien**

|  |  |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Prysm, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**
**1**

**River Edge Partners LLC**
Creditor's Name

**Spinnaker Capital LLC**
**One Joy Street**
**Boston, MA 02108**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All assets**


**Describe the lien**


**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,591.00          Unknown

---

**2.2**
**2**

**S. Atiq Raza and**
Creditor's Name

**Nandini Saraiya, JTWROS**
**1781 Arastradero Rd.**
**Palo Alto, CA 94304**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All assets**


**Describe the lien**


**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,164.00          Unknown

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $265,781,288
.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Prysm, Inc.**
Name

Case number (if known)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Prysm, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$494,105.40** |
|---|---|---|---|

**11711 N. College LLC**
**9339 Priority Way West Dr**
**Suite 120**
**Indianapolis, IN 46240**

Date(s) debt was incurred  2/1/2019
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,558.32** |
|---|---|---|---|

**ACC Business**
**PO Box 105306**
**Atlanta, GA 30348-5306**

Date(s) debt was incurred  1/27/2019
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,328.16** |
|---|---|---|---|

**ACC Business**
**PO Box 105306**
**Atlanta, GA 30348-5306**

Date(s) debt was incurred  1/27/2019
Last 4 digits of account number  5072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840.00** |
|---|---|---|---|

**Adduci Mastriani**
**& Schaumberg**
**1133 Connecticut Avenue N.W.**
**Washington, DC 20036**

Date(s) debt was incurred  11/30/2018
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Prysm, Inc.**  Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,954.53 |

**Advanced Cleanroom Microclean Corp.**
3250 S Susan St., Ste. A
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Advanced Cleanroom Microclean Corporation**
c/o VeriCore, LLC
10115 Kincey Ave., Ste. 100
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Airgas**
c/o D&S, Ltd.
13809 Research Blvd.
Ste. 800
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,929.07 |

**AIRGAS USA, LLC**
PO BOX 734445
Chicago, IL 60673-4445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.20 |

**Alliance Maintenance**
318 West 39th Street,
7th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.13 |

**Allied Electronics**
PO BOX 2325
Fort Worth, TX 76113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/26/2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Alps Electric**
**(North America), Inc.**
P.O. BOX 677917
Dallas, TX 75267-7917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/26/2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,559.85**
---

**Amazon Web Svcs, Inc.**
**PO BOX 84023**
**Seattle, WA 98124-8423**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/3/2019**

Basis for the claim:  **Trade debt/Key Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,195.00**
---

**America II Electronics, Inc**
**c/o Altus Receivables Mgmnt**
**Attn: Grace Allen**
**2400 Veterans Blvd, Ste. 300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---

**America II Electronics, Inc.**
**PO Box 21355**
**Saint Petersburg, FL 33742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,203.60**
---

**Apttus Corporation**
**1400 Fashion Island Blvd,**
**Suite 100**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,032.50**
---

**Artegis Law Group, LLP**
**710 Lakeway Dr.,**
** Suite 185**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/20/2019**

Basis for the claim:  **Legal**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,909,319.69**
---

**Asia Optical Int'l, Ltd.**
**Palm Grove House**
**P.O. Box 438**
**TORTOLA, BVI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Trade debt/Critical Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,527.25**
---

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Prysm, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.42**

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number **2609**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,602.40**

AT&T
P.O. Box 5019
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number **1173**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,626.47**

AT&T
P.O. Box 5019
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number **7440**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,412.97**

AT&T Mobility
P.O. Box  6463
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/24/2020**

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.00**

Atlas Private
Security, Inc.
1735 N  1st Street
#104
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/8/2019**

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,584.73**

AvNet Electronic
Marketing
PO Box 100340
Pasadena, CA 91189-0340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/10/2019**

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

AvNet Electronics
c/o Glassbert Pollack & Assoc
Att: Robert Pollack
100 Fourth St., Ste. 570
San Rafael, CA 94901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Prysm, Inc.**
_____    Case number (if known) _____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,497.50 |
|---|---|---|---|

**Avocor**
9375 SW Commerce Circle,
Suite 7A
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2018**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,251.00 |
|---|---|---|---|

**BASF Corporation**
100 Park Ave
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.40 |
|---|---|---|---|

**Bay Alarm**
491 Gianni Street
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,850.00 |
|---|---|---|---|

**BDO USA LLP**
PO Box 677973
Dallas, TX 75267-7973

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2019**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $847.79 |
|---|---|---|---|

**Bird & Bird ATMD LLP**
2 Shenton Way #18-01
SGX Centre 1
**SINGAPORE CHINA**
68804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/2017**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,814.00 |
|---|---|---|---|

**Blue Star Services Group, Inc.**
6748 Preston Avenue
Suite G
Livermore, CA 94551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,563.45 |
|---|---|---|---|

**Breakaway Communications**
381 Park Avenue South
Suite 1216
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $942.71 |
|---|---|---|---|

**Bright House
Networks, LLC
PO Box 790450
Saint Louis, MO 63179-0450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/27/2018__

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,471.45 |
|---|---|---|---|

**Canteen Refreshment
Services
PO Box 50196
Los Angeles, CA 90074-0196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/24/2019__

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Canteen Refreshment
Services
Brewmaster Coffee & Tea
PO Box 91337
Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/1/2019__

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,350.00 |
|---|---|---|---|

**Carlson Quinn
2000 Powell Street
Suite 1600
Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/19/2018__

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,441.88 |
|---|---|---|---|

**Certent. Inc.
P.O. Box 398688
San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Channeltivity
1920 Abbott Street
Suite 303
Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/22/2020__

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,329.00 |
|---|---|---|---|

**Chofn Intellectual Property
ZuoanGongshe Plaza, 12th FL
68 N Fourth Road W, Haidian
BEJING- CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/26/2018__

**Basis for the claim:  Professional service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor **Prysm, Inc.** | Case number (if known) _____ |
| Name | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,760.34 |
|---|---|---|---|

**Cintas Fire Protection**
PO Box 636525
Cincinnati, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2020**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,105.56 |
|---|---|---|---|

**Clix Marketing Holding Co.**
13900 Harbour View Court
Prospect, KY 40059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,629.36 |
|---|---|---|---|

**CMP Advanced**
**Mechanical Solutions Ltd.**
1241 Cascades
Chateauguay, Quebec J6J 4Z2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.20 |
|---|---|---|---|

**Comcast**
c/o Windham Professionals
Attn: Michael
382 Main Street
Salem, NH 03079-2412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/9/2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
c/o Windham Professionals
382 Main St.
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ComEd**
c/o Credit Collection Services
725 Canton Street
Norwood, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/6/2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.95 |
|---|---|---|---|

**ComEd**
PO Box 6111
Carol Stream, IL 60197-6111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/6/2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Prysm, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,078.50** |
|---|---|---|---|
| | **Concur Technologies** | ☐ Contingent | |
| | **62157 Collections Center Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt/Key Vendor_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,242.00** |
|---|---|---|---|
| | **Contrast Design Works** | | |
| | **Talent Table LLC** | ☐ Contingent | |
| | **1330 Broadway** | ☐ Unliquidated | |
| | **Suite 1530** | ☐ Disputed | |
| | **Oakland, CA 94612** | | |
| | Date(s) debt was incurred _12/20/2018_ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Corporate Writers LLC** | ☐ Contingent | |
| | **199 Coolidge Ave. #115** | ☐ Unliquidated | |
| | **Watertown, MA 02472-1521** | ☐ Disputed | |
| | Date(s) debt was incurred _1/23/2019_ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,999.80** |
|---|---|---|---|
| | **CPA Global Ltd.** | ☐ Contingent | |
| | **P.O. Box 894160** | ☐ Unliquidated | |
| | **Alexandria, VA 22314** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade debt/Key Vendor_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62,745.30** |
|---|---|---|---|
| | **Crane Worldwide** | ☐ Contingent | |
| | **San Francisco** | ☐ Unliquidated | |
| | **P.O. Box 844174** | ☐ Disputed | |
| | **Dallas, TX 75284** | | |
| | Date(s) debt was incurred _12/15/2018_ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,703.20** |
|---|---|---|---|
| | **Darwin Chambers** | ☐ Contingent | |
| | **2945 Washington Ave.** | ☐ Unliquidated | |
| | **Saint Louis, MO 63103** | ☐ Disputed | |
| | Date(s) debt was incurred _12/21/2018_ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,455.42** |
|---|---|---|---|
| | **DELL Marketing L.P.** | ☐ Contingent | |
| | **PO BOX 910916** | ☐ Unliquidated | |
| | **Pasadena, CA 91110** | ☐ Disputed | |
| | Date(s) debt was incurred _1/3/2019_ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,230.37** |
|---|---|---|---|

**Deloitte Belastingadviseurs B.V.**
**3072 AP Rotterdam**
**P.O. Box 2031**
**Rotterdam, NETHERLANDS 3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt/Key Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DIRECTV**
**c/o Sequium Asset Solutions, LLC**
**1130 Northchase Parkway,**
**Suite 150**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$313.29** |
|---|---|---|---|

**DIRECTV**
**PO Box 105249**
**Atlanta, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,472.00** |
|---|---|---|---|

**Discartes Visual Compliance USA LLC**
**P.O. Box 404037**
**Atlanta, GA 30384-4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,832,139.57** |
|---|---|---|---|

**Divco West Real Estate**
**Services, LLC**
**575 Market Street,**
**35th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2019

**Basis for the claim:**  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Duke Energy**
**c/o Helvey & Associates**
**1015 E Center Street**
**Warsaw, IN 46580-3420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2/2019

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,064.10** |
|---|---|---|---|

**Duke Energy**
**PO Box 1326**
**Charlotte, NC 28201-1326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2/2019

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Prysm, Inc.** _____    Case number (if known) _____
　　　　　Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.50 |
|---|---|---|---|

**DVIGear, Inc.**
**1059 Triad Court,**
**Suite 8**
**Marietta, GA 30062**

Date(s) debt was incurred  **3/13/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.00 |
|---|---|---|---|

**Edge Mechanical, Inc.**
**619 N County Rd. 1050 E**
**Indianapolis, IN 46234**

Date(s) debt was incurred  **1/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,000.00 |
|---|---|---|---|

**El Baba Smart**
**Technology**
**Dubai World Central**
**PO Box 712948**
**DUBAI, AE**

Date(s) debt was incurred  **5/12/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Emerald Expositions, LLC**
**31910 Del Obispo, Ste 200**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **3/29/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,930.00 |
|---|---|---|---|

**ENL Electronics Corp.**
**Fl 7, 180, Chan An St,**
** Lu Chou**
**TAIPEI- TAIWAN**

Date(s) debt was incurred  **11/4/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Critical Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,431.26 |
|---|---|---|---|

**ESRT 1350 Boradway LLC**
**P.O. Box 28627**
**New York, NY 10087-8627**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,047.50 |
|---|---|---|---|

**Extron Logistics, LLC**
**496 South Abbott Ave**
**Milpitas, CA 95035**

Date(s) debt was incurred  **5/8/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Key Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Prysm, Inc.**
_____    Case number (if known) _____
Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,723.86** |

**3.68** | **Nonpriority creditor's name and mailing address**

**FedEx**
**PO Box 7221**
**Pasadena, CA 91109**

Date(s) debt was incurred  **4/3/2020**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$98,723.86**

---

**3.69** | **Nonpriority creditor's name and mailing address**

**Fish & Richardson**
**P.O. Box 3295**
**Boston, MA 02241**

Date(s) debt was incurred  **2/27/2019**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,831.25**

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Gartner, Inc.**
**c/o Shipman & Goodwin**
**300 Atlantic Street**
**Stamford, CT 06901-3522**

Date(s) debt was incurred  **2/4/2019**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.71** | **Nonpriority creditor's name and mailing address**

**Gartner, Inc.**
**PO Box 911319**
**Dallas, TX 75391-1319**

Date(s) debt was incurred  **2/4/2019**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,119.75**

---

**3.72** | **Nonpriority creditor's name and mailing address**

**Grainger**
**2261 Ringwood Ave.**
**San Jose, CA 95131-1717**

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/ Key Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$701.25**

---

**3.73** | **Nonpriority creditor's name and mailing address**

**Greywall Inc.**
**144 Bear Swamp Rd.**
**East Hampton, CT 06424**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,800.00**

---

**3.74** | **Nonpriority creditor's name and mailing address**

**HW Farren, LLC**
**PO Box 5052**
**White Plains, NY 10602-5052**

Date(s) debt was incurred  **5/29/2020**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,380.00** |
|---|---|---|---|

**Intelligent Systems**
**14630 Deerwood Dr**
**Carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/16/2018__

Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,998.51** |
|---|---|---|---|

**IP Sextant s.r.l**
**Via A. Salandra, 18**
**ROMA- ITALY**
**00187   00187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/25/2019__

Last 4 digits of account number ___

Basis for the claim: __Professional service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$624.98** |
|---|---|---|---|

**Iron Mountain**
**P.O. Box 601002**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$497.37** |
|---|---|---|---|

**J&J Machine Company**
**66 B Bringham St.**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.54** |
|---|---|---|---|

**JENSEN Tools & Supply**
**Dept LA 21458**
**Pasadena, CA 91185-1458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/24/2018__

Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.16** |
|---|---|---|---|

**JP Metal Fabrication, Inc.**
**3355 Woodward Avenue**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,376.95** |
|---|---|---|---|

**Kastle New York LLC**
**655 Third Avenue,**
**Suite 1520**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/21/2019__

Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Prysm, Inc.**
_____
Name

Case number (if known) _____

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27,332.00 |
|---|---|---|---|

**Lean & Local**
**Lean Box**
**60 Massachusetts Ave**
**Boston, MA 02115**

Date(s) debt was incurred  **2/1/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,500.00 |
|---|---|---|---|

**Lessonly, Inc.**
**1129 E 16th St.**
**Indianapolis, IN 46202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,246.20 |
|---|---|---|---|

**Level 3 Communications**
**PO Box 910182**
**Denver, CO 80291-0182**

Date(s) debt was incurred  **1/17/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,659.99 |
|---|---|---|---|

**LogMeIn**
**P.O. Box 50264**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $219,871.00 |
|---|---|---|---|

**Lohika Systems Inc**
**1001 Bayhill Drive**
**# 108**
**San Bruno, CA 94006**

Date(s) debt was incurred  **12/31/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt/Critical Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $21,159.00 |
|---|---|---|---|

**Mechanical Mgmt, Inc.**
**1501 Main Street,**
**Unit 27**
**Tewksbury, MA 01876**

Date(s) debt was incurred  **12/7/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25,551.07 |
|---|---|---|---|

**Microsoft Corp.**
**1950 N Stemmons Fwy Suite 5010**
**LB # 842467**
**Dallas, TX 75284**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt/Critical Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Prysm, Inc.** _____  Case number *(if known)* _____
Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,539.68 |
|---|---|---|---|

**Min Aik Technology Co. Ltd.**
**12F-1, #492-1, Sec.1,**
**Wan Shou RD.,**
**Kuei Shan Shiang, Tao Yuan Hsien**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2018

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,089.80 |
|---|---|---|---|

**Momentum Microsystems, Inc.**
**2030 Duane Ave. # 110**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt/ Critical Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MyOfficeProducts, LLC**
**c/o HTBS Credit**
**PO Box 930257**
**Atlanta, GA 31193-0257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2019

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.92 |
|---|---|---|---|

**MyOfficeProducts, LLC**
**P.O. BOX 32192**
**New York, NY 10087-2192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2019

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.71 |
|---|---|---|---|

**National Machining & Engineering**
**42285 Osgood Road**
**Suite C**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt/Key Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,332.49 |
|---|---|---|---|

**Newport Corporation**
**27631 Network Place**
**Chicago, IL 60673-1276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/3/2019

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Newtek Small Business Finance, LLC**
**1981 Marcus Ave.**
**Suite 130**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/14/2020

Basis for the claim:  **Paycheck Protection Program**

Last 4 digits of account number  7002

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,014.01 |
|---|---|---|---|

**OCR**
**PO Box 369**
**Goldenrod, FL 32733**

Date(s) debt was incurred  **10/31/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.14 |
|---|---|---|---|

**Olympic Products Inc.**
**2825 N Arlington Ave**
**Indianapolis, IN 46218**

Date(s) debt was incurred  **2/14/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,802.36 |
|---|---|---|---|

**OMEGA Engineering, Inc.**
**26904 Network Place**
**Chicago, IL 60673-1269**

Date(s) debt was incurred  **1/14/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Outsource to 1**
**5251 Kessler Blvd North Dr.**
**Indianapolis, IN 46228**

Date(s) debt was incurred  **1/16/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,268.21 |
|---|---|---|---|

**Patterson & Sheridan LLP**
**PO BOX 846274**
**Dallas, TX 75284**

Date(s) debt was incurred  **6/26/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.14 |
|---|---|---|---|

**PCM Tiger Direct**
**File 55327**
**NEED MAILING ADDRESS**
**Los Angeles, CA 90074-5327**

Date(s) debt was incurred  **4/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,776.32 |
|---|---|---|---|

**Perkins Coie**
**PO Box 24643**
**Seattle, WA 98124-0643**

Date(s) debt was incurred  **8/19/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Prysm, Inc._____     Case number (if known) _____

Name

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,211.71** |
|---|---|---|---|

**Polymershapes LLC**
**65 Middlesex Rd.**
**Tyngsboro, MA 01879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt/Key Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,700.28** |
|---|---|---|---|

**PQ Labs**
**3754 Spinnaker Court**
**Fremont, CA 94538-6537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/31/2019__

**Basis for the claim:** __Trade debt/Critical Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,650.77** |
|---|---|---|---|

**PR Newswire**
**Association, LLC**
**GPO Box 5897**
**New York, NY 10087-5897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/30/2019__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PR Newswire Association, LLC**
**c/o ABC/Amega**
**500 Seneca St.**
**Ste. 400**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/30/2019__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __7426__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,669.99** |
|---|---|---|---|

**Prodigio Design Ltd.**
**4 Bakersgate Courtyard**
**Pirbright**
**Surrey, UK GU24 ONJ**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/7/2019__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$135.00** |
|---|---|---|---|

**PROShred Security**
**3140 N. Shadeland Ave**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/2/2019__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Prudential Overal Supply Cleanroom Ser**
**c/o STA International**
**Patricia Conetta**
**225 Broadhollow Road, Ste. 150**
**Melville, NY 11747-4822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/19/2018__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Prysm, Inc.**                                                    Case number *(if known)* _____
Name

| | |
|---|---|

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,878.89** |
|---|---|---|---|

**3.110**

Nonpriority creditor's name and mailing address
**Prudential Overall Supply**
**Cleanroom Service**
P.O.Box 11210
Santa Ana, CA 92711-1210

Date(s) debt was incurred  **12/19/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$54,878.89**

---

**3.111**

Nonpriority creditor's name and mailing address
**Pure Health**
**Solutions, Inc.**
PO Box 5066
Hartford, CT 06102-5066

Date(s) debt was incurred  **5/22/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$603.06**

---

**3.112**

Nonpriority creditor's name and mailing address
**Referential, Inc.**
1150 Hillsdale Ave.,
Suite 100
San Jose, CA 95118

Date(s) debt was incurred  **12/28/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,500.00**

---

**3.113**

Nonpriority creditor's name and mailing address
**Republic Services, Inc.**
P.O. Box 78829
Phoenix, AZ 85062

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,302.65**

---

**3.114**

Nonpriority creditor's name and mailing address
**SBMC Law, P.S.**
116 W Pacific Avenue
Suite 200
Spokane, WA 99201

Date(s) debt was incurred  **4/30/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,890.00**

---

**3.115**

Nonpriority creditor's name and mailing address
**Schmitt Industries, Inc.**
2765 NW Nicolai St
Portland, OR 97210

Date(s) debt was incurred  **2/4/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,750.00**

---

**3.116**

Nonpriority creditor's name and mailing address
**Servicenow, Inc.**
PO BOX 731647
Dallas, TX 75373-1647

Date(s) debt was incurred  **12/30/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,030.00**

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**SFO Technologies Pvt.Ltd**
**Electronics Division**
**Plot No. 36/37,**
**CSEZ, Kakkanad  682 037**
**COCHIN- INDIA**

Date(s) debt was incurred  **12/1/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179.35** |
|---|---|---|---|

**Sharp Electronics**
**Dept LA 21510**
**Pasadena, CA 91185-5000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,682.69** |
|---|---|---|---|

**SHI International Corporation**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Spectrum Business**
**c/o Access Receivables Mgmt**
**Attn: Gary Borror**
**11350 McCormick Rd.-Executive Plaza III**
**Hunt Valley, MD 21031**

Date(s) debt was incurred  **1/4/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,168.31** |
|---|---|---|---|

**Spectrum Business**
**Time Warner Cable**
**PO Box 742663**
**Cincinnati, OH 45274-2663**

Date(s) debt was incurred  **1/4/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,083.40** |
|---|---|---|---|

**SPIRE HRA**
**One O'Hare, LP**
**1700 Broadway**
**Suite 650**
**Denver, CO 80290**

Date(s) debt was incurred  **1/15/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Squirrels LLC**
**121 Wilbur Dr. NE**
**North Canton, OH 44720**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Key Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Prysm, Inc.**                                    Case number (if known) _____

Name

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,082.42 |
|---|---|---|---|

**Sun Strong Precision Metal Int'l**
Room 7-9,12F, Peninsula Tower
538 Castle Road
Cheung Sha Wan, Kowloon
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/2020

Basis for the claim:  **Trade debt/Critical Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364.20 |
|---|---|---|---|

**Tekra Corporation**
8084 Solutions Center
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.89 |
|---|---|---|---|

**Tektronix, Inc.**
PO Box 742644
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2019

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.17 |
|---|---|---|---|

**Test Equity LLC**
100 Ames Pond Dr.
Suite 202
Tewksbury, MA 01876

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,288.44 |
|---|---|---|---|

**Text Hundred India**
**Private Ltd.**
2nd Floor, TDI Centre,
Plot No.7, Jasola
NEW DELHI- INDIA, AE 00011-0025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2018

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |
|---|---|---|---|

**The Scatter Works Inc.**
139 NE Linden Ave
Gresham, OR 97030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2019

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.71 |
|---|---|---|---|

**ThyssenKrupp**
**Elevator Corporation**
3100 Interstate North Cir SE
Suite 200
Atlanta, GA 30339-2227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prysm, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,472.89 |
|---|---|---|---|

**Toll Global Forwarding**
**P.O. Box 894160**
**Los Angeles, CA 90189-4160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade debt/Key Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,149.80 |
|---|---|---|---|

**Town of Concord**
**Attn: Municipal Lights**
**P.O. Box 590**
**Concord, MA 01742-0590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Triumph Modular, Inc.**
**194 Ayer Rd**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade debt/Key Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trump Card Corp.**
**c/o Baxter Bailey & Assoc.**
**1630 Goodman Road East**
**Suite 1**
**Southaven, MS 38671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56,634.54 |
|---|---|---|---|

**Trump Card Corp.**
**23807 Aliso Creek Rd.**
**Suite 200**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**UMEC TW**
**3,27TH RD.TAICHUNG**
**INDUSTRIAL PARK**
**TAICHUNG**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/10/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,722.23 |
|---|---|---|---|

**UNIFIED2 Global**
**Packaging Group**
**223 Worcester Providence Tpke**
**Sutton, MA 01590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/2020**

Basis for the claim:  **Trade debt/Key Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Prysm, Inc.__        Case number (if known) _____
<br>Name

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,579.19** |
|---|---|---|---|

**Unigen Corporation**
**39730 Eureka Dr**
**Newark, CA 94560**

Date(s) debt was incurred __12/21/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt/Critical Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,659.40** |
|---|---|---|---|

**United Sheetmetal Inc.**
**44153 S. Grimmer Blvd.**
**Fremont, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt/Critical Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**VisualizeROI**
**101A Clay Street,**
**Suite 183**
**San Francisco, CA 94111**

Date(s) debt was incurred __2/12/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.28** |
|---|---|---|---|

**VWR International**
**PO BOX 640169**
**Pittsburgh, PA 15264**

Date(s) debt was incurred __5/15/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.32** |
|---|---|---|---|

**Waste Connections**
**PO Box 660654**
**Dallas, TX 75266-0654**

Date(s) debt was incurred __7/4/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,485.86** |
|---|---|---|---|

**Whale Rock LLC**
**56 Winthrop St.**
**Concord, MA 01742**

Date(s) debt was incurred __2/1/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,415.20** |
|---|---|---|---|

**Wilson Sonsini**
**Goodrich & Rosati**
**P.O. Box 742866**
**Los Angeles, CA 90074**

Date(s) debt was incurred __11/26/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Prysm, Inc.** |
| | Name |

Case number (if known) _____

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,496.23 |
|---|---|---|---|

**Windstream**
P.O. BOX 9001013
**Louisville, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2019

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $619.95 |
|---|---|---|---|

**Wisetek**
**3200 Hubbard Rd**
**Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|---|---|---|---|

**Wolfe - SBMC**
**116 W. Pacific Ave.,**
**Suite 300**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/2019

Last 4 digits of account number _

**Basis for the claim:**  Professional services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wooden McLaughlin, LLP**
**211 N. Pennsylvania St.**
**Indiana Square, Ste. 1800**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Legal

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Workato**
**215 Castro Street,**
**Suite 300**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2019

Last 4 digits of account number _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Shipman & Goodwin LLP**<br>**Attn: Alison P. Baker, Esq.**<br>**300 Atlantic St., 3rd Floor**<br>**Stamford, CT 06901** | Line  3.71<br><br>☐ Not listed. Explain ____ | _ |
| 4.2  **Sternbach, Lawlor & Rella LLP**<br>**Attn: Todd D. Lawlor, Esq.**<br>**261 Madison Ave, 9th Floor**<br>**New York, NY 10016** | Line  3.66<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Prysm, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **Wooden McLaughlin LLP**<br>**Attn: Matthew M. Adolay, Esq.**<br>**One Indiana Square**<br>**Suite 1800**<br>**Indianapolis, IN 46204** | Line  __3.1__<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,853,788.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,853,788.57 |

**Fill in this information to identify the case:**

Debtor name    **Prysm, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Office Rent: Carmel, IN Office** |
| State the term remaining | **3/30/2021** |
| List the contract number of any government contract | **11711 N. College LLC c/o Chano Real Estate Partners 7215 E. 21st St. Indianapolis, IN 46219** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Adobe 345 Park Ave San Jose, CA 95110** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **ADP** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Alps Electric (North America), Inc.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Prysm, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Amazon Web Services** |
| | List the contract number of any government contract | | **410 Terry Ave North**<br>**Seattle, WA 98109-5210** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** | |
|---|---|---|---|
| | State the term remaining | **6/29/2021** | |
| | List the contract number of any government contract | | **Amgen- HQ** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Arena Solutions, Inc.** |
| | List the contract number of any government contract | | **PO Box 122637**<br>**Dallas, TX 75312-2637** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- sole supplier of key components of Prysm LPD Displays** | |
|---|---|---|---|
| | State the term remaining | | **Asia Optical Int'l, Ltd.**<br>**Palm Grove House** |
| | List the contract number of any government contract | | **P.O. Box 438**<br>**TORTOLA, BVI** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Atlassian - San Francisco**<br>**Level 6, 341 George St** |
| | List the contract number of any government contract | | **Sydney NSW 2000**<br>**Australia** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order/Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Audio-Technia Corp.**<br>**Technia-House** |
| | List the contract number of any | | **1-8-3 Yushima**<br>**Bunkyo-Ku- Tokyo**<br>**JAPAN** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Prysm, Inc.**
_____    Case number *(if known)* _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Avalara**<br>**255 S. King St**<br>**Ste. 1800**<br>**Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/Locton, Inc.** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | |
| | List the contract number of any government contract | | **Baker Audio Visual** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bomgar** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** | |
|---|---|---|---|
| | State the term remaining | **5/1/2021** | |
| | List the contract number of any government contract | | **Capgemini Technology Services India Ltd.** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Channeltivity LLC** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | **Concur Technologies**<br>**62157 Collections Center Dr.**<br>**Chicago, IL 60693** |
|---|---|---|---|

Debtor 1 **Prysm, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

**2.17.** State what the contract or
lease is for and the nature of
the debtor's interest

**Executory
Contract/Pepper Assets
Services**

State the term remaining    **6/7/2021**

List the contract number of any
government contract _____

**Dekom**

---

**2.18.** State what the contract or
lease is for and the nature of
the debtor's interest

**Purchase
Orders/Agreement**

State the term remaining

List the contract number of any
government contract _____

**DENKA Corp.
780 Third Ave.
8th Fl.
New York, NY 10017**

---

**2.19.** State what the contract or
lease is for and the nature of
the debtor's interest

**Office Rent:  San Jose
Office**

State the term remaining    **9/30/2021**

List the contract number of any
government contract _____

**Divco West Real Estate Service, LLC
150 California St.
Suite 1200
San Francisco, CA 94111**

---

**2.20.** State what the contract or
lease is for and the nature of
the debtor's interest

**Executory
Contract/EXL Services**

State the term remaining    **4/2/2023**

List the contract number of any
government contract _____

**Diversified Systems LLC**

---

**2.21.** State what the contract or
lease is for and the nature of
the debtor's interest

**Vendor
Agreement/Cloud
Service Agreement**

State the term remaining

List the contract number of any
government contract _____

**Egnye**

---

Debtor 1    **Prysm, Inc.**                  Case number *(if known)*

       First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Egnyte** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EMS** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Contact- sole supplier of key components of Prsym LPD Displays** | |
|---|---|---|---|
| | State the term remaining | | **ENL Electronics Corp Fl 7, 180, Chan An St. Lu Chou Taipei TAIWAIN** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement- Media Accounts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FB/Google/Linked/Twitter/YouTube** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **401K Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fidelity** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/GEMS Academy** | |
|---|---|---|---|
| | State the term remaining | **9/15/2021** | **First Video Communications FZ-LLC** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Prysm, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/SIG Combibloc Obeikan** | |
|---|---|---|---|
| | State the term remaining | 1/1/2021 | |
| | List the contract number of any government contract | | **First Video Communications FZ-LLC** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/Dubai Petroleum** | |
|---|---|---|---|
| | State the term remaining | 3/26/2023 | |
| | List the contract number of any government contract | | **First Video Communications FZ-LLC** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Focus Manufacturing Co., Ltd** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GoDaddy** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HubSpot, Inc. PO Box 419842 Boston, MA 02241-9842** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/Larsen & Toubro Limited** | **Inflow Technologies PVT Ltd** |
|---|---|---|---|

Debtor 1    **Prysm, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **11/30/2020** | |
| List the contract number of any government contract | |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest    **Enterprise License** | |
| State the term remaining | |
| List the contract number of any government contract | **JW Player** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest    **Vendor Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Labview** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest    **Executory Contract** | |
| State the term remaining    **9/27/2020** | |
| List the contract number of any government contract | **Larsen & Toubro Limited** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest    **Vendor Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Law Room** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest    **Executory Contract** | |
| State the term remaining    **8/2/2022** | |
| List the contract number of any government contract | **Lehigh Valley Health Network** |

Debtor 1    **Prysm, Inc.**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lessonly, Inc.**<br>**1129 E 16th St.**<br>**Indianapolis, IN 46202** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **LogMeIn**<br>**P.O. Box 50264**<br>**Los Angeles, CA 90074** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contact- sole supplier of key components of Prsym LPD Displays** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lohika Systems Inc.**<br>**1001 Bayhill Drive**<br>**#108**<br>**　CA 94006** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement- Bartlett Ave. MA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Loje Realty Holdings LLC** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Microsoft Corp.**<br>**P.O. Box 369**<br>**Goldenrod, FL 32733** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders/Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **MinAik and Eyesaver** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Prysm, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** | |
| | State the term remaining | **9/30/2020** | |
| | List the contract number of any government contract | | **Miron Construction** |

| | | | |
|---|---|---|---|
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** | |
| | State the term remaining | **1/4/2021** | |
| | List the contract number of any government contract | | **Moenco** |

| | | | |
|---|---|---|---|
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **AVC Patent Portfolio License** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **MPEG LA, LLC** |

| | | | |
|---|---|---|---|
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
| | State the term remaining | | **NetSuite, Inc.** |
| | List the contract number of any government contract | | **2955 Campus Dr.** **Ste. 100** **San Mateo, CA 94403** |

| | | | |
|---|---|---|---|
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Contract/Insurance Broker** | |
| | State the term remaining | | **NFP CORPORATE SERVICES, LLC** |
| | List the contract number of any government contract | | **176 FEDERAL STREET** **Boston, MA 02110** |

| | | | |
|---|---|---|---|
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders/Agreement** | **Nichia** |

| Debtor 1 | **Prysm, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Orcad** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders/Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Panasonic Industrial Devices Sale Company of America P.O. Box 100361 Pasadena, CA 91189-0361** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** |
|---|---|---|
| | State the term remaining | **6/7/2021** |
| | List the contract number of any government contract | **Pepper Assets Services** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Polycom** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Contact- sole supplier of key components of Prsym LPD Displays** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **PQ Labs 3754 Spinnaker Court Fremont, CA 94538-6537** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor 1  **Prysm, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **December 31,2020** | **Prysm, Inc.** |
| | List the contract number of any government contract | | **513 Fairview Way Milpitas, CA 95035** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **November 30, 2023** | **Prysm, Inc.** |
| | List the contract number of any government contract | | **45 Bartlett Street Marlborough, MA 01752** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **September 30, 2021** | **Prysm, Inc.- Headquarters location** |
| | List the contract number of any government contract | | **180 Baytech Dr. Suite 200 San Jose, CA 95134** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Water Cooler Rental** | |
|---|---|---|---|
| | State the term remaining | **2/28/2022** | **Pure Health Solutions, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 5066 Hartford, CT 06102** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement/Contractor Agency** | |
|---|---|---|---|
| | State the term remaining | | **R&D Technical Services, Inc.** |
| | List the contract number of any government contract | | **PO Box 1162 Santa Clara, CA 95052** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce.com, Inc.** |
| | List the contract number of any | | **P.O. Box 203141 Dallas, TX 75320** |

Debtor 1   **Prysm, Inc.**                                        Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **SecureDocs** |

| | | | |
|---|---|---|---|
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Servicenow, Inc.**<br>**P.O. Box 731647**<br>**Dallas, TX 75373-1647** |

| | | | |
|---|---|---|---|
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement/Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sharp Electronics**<br>**Dept LA 21510**<br>**Pasadena, CA 91185-5000** |

| | | | |
|---|---|---|---|
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **SHI International Corporation**<br>**P.O. Box 952121**<br>**Dallas, TX 75395-2121** |

| | | | |
|---|---|---|---|
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Slack** |

| | | | |
|---|---|---|---|
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
| | | | **Solidworks** |

Debtor 1    **Prysm, Inc.** _____     Case number *(if known)* _____
      First Name            Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Systems Integrator Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Squirrels LLC** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Contact-sole supplier of key components of Prsym LPD Displays** | |
|---|---|---|---|
| | State the term remaining | | **Sun Strong Precision Metal Int'l Ltd.**<br>**Room 7-9, 12F, Peninsula Tower**<br>**538 Castle Road**<br>**Cheung Sha Wan** |
| | List the contract number of any government contract _____ | | **Kowloom, Hong Kong** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/Abu Dhabi Police** | |
|---|---|---|---|
| | State the term remaining | **6/19/2021** | **Tera Audi Visual Advanced Systems LLC**<br>**Office No. 12, Flr 9th Union Bank Bldg**<br>**Corniche Road** |
| | List the contract number of any government contract _____ | | **Abu Dhabi, United Arab Emirates** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** | |
|---|---|---|---|
| | State the term remaining | **10/31/2021** | |
| | List the contract number of any government contract _____ | | **Triangle Experience Group, Inc.** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Contact- sole supplier of key components of Prsym LPD Displays** | |
|---|---|---|---|
| | State the term remaining | | **Unigen Corporation**<br>**39730 Eureka Dr.** |
| | List the contract number of any government contract _____ | | **Newark, CA 94560** |

Debtor 1    **Prysm, Inc.**                                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Contract-sole supplier of key components of Prysm LPD Displays** | |
|---|---|---|---|
| | State the term remaining | | **United Sheetmetal Inc.** |
| | List the contract number of any government contract | | **44153 S. Grimmer Blvd. Fremont, CA 94538** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order/Agreement** | |
|---|---|---|---|
| | State the term remaining | | **United Sheetmetal Inc.** |
| | List the contract number of any government contract | | **44153 S. Grimmer Blvd. Fremont, CA 94538** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract** | |
|---|---|---|---|
| | State the term remaining | **11/16/2022** | |
| | List the contract number of any government contract | | **Vistacom Inc.** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement- Concord, MA** | |
|---|---|---|---|
| | State the term remaining | **August 30,2020** | |
| | List the contract number of any government contract | | **Whale Rock LLC 45 Winthrop St. Concord, MA 01742** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/Sealed Air Corporation** | |
|---|---|---|---|
| | State the term remaining | **1/29/2022** | |
| | List the contract number of any government contract | | **Whitlock** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/NASA** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | |
| | List the contract number of any | | **Whitlock** |

Debtor 1  **Prysm, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  _____

| | Additional Page if You Have More Contracts or Leases |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement-Milpitas, CA** | |
|---|---|---|---|
| | State the term remaining | | **Winston D. Chang** |
| | List the contract number of any government contract | | **2827 Lakeview Court** |
| | | | **Fremont, CA 94538** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wistia** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Prysm, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**　　　　　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City　State　Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City　State　Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City　State　Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City　State　Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Prysm, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,067,240.01** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$12,722,281.18** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$19,299,782.53** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Prysm, Inc. | Case number *(if known)* |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | City of San Jose, CA<br>P.O. Box 39000<br>San Francisco, CA 94139 | 5/7/2020 | $11,707.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Taxes** |
| 3.2. | AmazonWeb Services, Inc.<br>P.O. Box 84023<br>Seattle, WA 98124-8423 | 5/7/2020 | $14,576.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.3. | Momentum Microsystems, Inc.<br>2030 Duane Ave. # 110<br>Santa Clara, CA 95054 | 5/7/2020 | $7,897.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Dubai Multi Commodities<br>Centre (DMCC)<br>Jumeirah Lakes Tower<br>P.O. Box 4880<br>DUBAI- UA | 5/12/2020 | $17,159.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.5. | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899 | 5/19/2020 | $11,117.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Utilities** |
| 3.6. | Town of Concord<br>Municipal Light<br>PO Box 89 4160<br>Los Angeles, CA 90189 | 5/20/2020 | $6,461.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Utilities** |
| 3.7. | Gellert Scali Busenkell<br>& Brown, LLC<br>1201 N. Orange St.<br>Suite 300<br>Wilmington, DE 19801 | 5/26/2020 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.8. | Asia Optical Int'l, Ltd.<br>Palm Grove House<br>P.O. Box 438<br>TORTOLA, BVI | 5/26/2020 | $170,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor __Prysm, Inc._____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. United Sheetmetal Inc.<br>44153 S. Grimmer Blvd.<br>Fremont, CA 94538 | 5/27/2020 | $10,312.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Microsoft Corp.<br>P.O. Box 369<br>Goldenrod, FL 32733 | 5/27/2020 | $31,591.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. FedEx<br>PO BOX 7221<br>Pasadena, CA | 5/27/2020 | $12,282.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. Saint-Gobain<br>Performance Plastics Corp<br>P.O. Box 743699<br>Atlanta, GA 30374-3699 | 5/28/2020 | $7,540.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. AmazonWeb Services, Inc.<br>P.O. Box 84023<br>Seattle, WA 98124-8423 | 5/28/2020 | $14,199.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. Whale Rock LLC<br>56 Winthrop St.<br>Concord, MA 01742 | 5/29/2020 | $39,742.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.15. Divco West Real Estate<br>Services LLC<br>575 Market St.<br>35th Floor<br>San Francisco, CA 94105 | 5/29/2020 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.16. Sun Strong  Precision Metal Int'l Ltd.<br>Palm Grove House<br>P.O. Box 438<br>TORTOLA, BVI | 5/29/2020 | $12,829.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Prysm, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Toll Global Forwarding**<br>**P.O. Box 89 4160**<br>**Los Angeles, CA 90189-4160** | **5/29/2020** | **$6,947.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | **6/25/2020** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **Prysm Displays (India) Private Ltd.** | **5/20/2020** | **$63,625.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Asia Optical Int'l, Ltd.**<br>**Palm Grove House**<br>**P.O. Box 438**<br>**TORTOLA, BVI** | **5/26/2020** | **$170,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **United Sheetmetal Inc.**<br>**44153 S. Grimmer Blvd.**<br>**Fremont, CA 94538** | **5/27/2020** | **$10,312.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Microsoft Corp.**<br>**P.O. Box 369**<br>**Goldenrod, FL 32733** | **5/27/2020** | **$31,591.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **FedEx**<br>**PO BOX 7221**<br>**Pasadena, CA** | **5/27/2020** | **$12,293.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **FedEx**<br>**PO BOX 7221**<br>**Pasadena, CA** | **5/27/2020** | **$12,282.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Prysm, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Saint-Gobain**<br>**Performance Plastics Corp**<br>P.O. Box 743699<br>Atlanta, GA 30374-3699 | 5/28/2020 | $7,540.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Amazon Web Services**<br>410 Terry Ave North<br>Seattle, WA 98109-5210 | 5/28/2020 | $14,199.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. | **Whale Rock LLC**<br>56 Winthrop St.<br>Concord, MA 01742 | 5/29/2020 | $39,742.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.28. | **Divco West Real Estate Service, LLC**<br>150 California St.<br>Suite 1200<br>San Francisco, CA 94111 | 5/29/2020 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.29. | **Sun Strong  Precision Metal Int'l Ltd.**<br>Palm Grove House<br>P.O. Box 438<br>TORTOLA, BVI | 5/29/2020 | $12,829.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. | **Toll Global Forwarding**<br>P.O. Box 89 4160<br>Los Angeles, CA 90189-4160 | 5/29/2020 | $6,947.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | **AT& T**<br>PO BOX 5025<br>Carol Stream, IL 60197 | 6/4/2020 | $10,720.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | **Winston D. Chang**<br>2827 Lakeview Court<br>Fremont, CA 94538 | 6/5/2020 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Debtor  **Prysm, Inc.**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.33. **Winston D. Chang**<br>2827 Lakeview Court<br>Fremont, CA 94538 | 6/5/2020 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.34. **Microsoft Corp.**<br>P.O. Box 369<br>Goldenrod, FL 32733 | 6/9/2020 | $25,497.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **FedEx**<br>PO BOX 7221<br>Pasadena, CA | 6/9/2020 | $12,821.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **China Synergy Group**<br>**Rm605, 6Fl., Bldg No. 1 Hui Yin Ming**<br>**Zun**<br>**No. 609 East Yun Ling Rd. Putuo Dist.**<br>**Shanghai City**<br>**China** | 6/9/2020 | $10,568.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37. **R&D Technical Services, Inc.**<br>PO Box 1162<br>Santa Clara, CA 95052 | 6/15/2020 | $15,224.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. **Prysm Displays (India) Private Ltd.** | 6/22/2020 | $48,709.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39. **R&D Technical Services, Inc.**<br>PO Box 1162<br>Santa Clara, CA 95052 | 6/25/2020 | $8,115.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. **PG&E**<br>P.O. Box 997300<br>Sacramento, CA 95899 | 6/25/2020 | $13,803.76 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Prysm, Inc.**                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.41. | **Arena Solutions, Inc.**<br>PO Box 122637<br>Dallas, TX 75312-2637 | **6/26/2020** | **$10,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.42. | **Town Treasurer**<br>PO Box 590<br>Concord, MA 01742-0590 | **7/9/2020** | **$8,006.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Municipal Light** |
| 3.43. | **OCR Services**<br>**Warehouse**<br>220 Railroad Ave.<br>Milpitas, CA 95035 | **7/9/2020** | **$12,129.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44. | **R&D Technical Services, Inc.**<br>PO Box 1162<br>Santa Clara, CA 95052 | **7/9/2020** | **$8,779.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.45. | **United Sheetmetal Inc.**<br>44153 S. Grimmer Blvd.<br>Fremont, CA 94538 | **7/9/2020** | **$11,040.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. | **Toll Global Forwarding**<br>P.O. Box 894160<br>Los Angeles, CA 90189 | **7/9/2020** | **$11,360.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.47. | **CPA Global Limited**<br>2318 Mill Rd.<br>12th Floor<br>Alexandria, VA 22314 | **7/9/2020** | **$7,315.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.48. | **Microsoft Corp.**<br>P.O. Box 369<br>Goldenrod, FL 32733 | **7/9/2020** | **$26,041.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Prysm, Inc.__                                           Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.49. | **HubSpot, Inc.**<br>**PO Box 419842**<br>**Boston, MA 02241-9842** | **7/9/2020** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | **AmazonWeb Services, Inc.**<br>**P.O. Box 84023**<br>**Seattle, WA 98124-8423** | **7/9/2020** | **$14,607.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. | **Chubb**<br>**PO Box 382001**<br>**Pittsburgh, PA 15250-8001** | **7/9/2020** | **$8,170.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. | **Ogrin Partners Consulting Ltd**<br>**1301 China Life Bldg., No. 16**<br>**Chaoyangmenwai Ave.**<br>**Chaoyang District, Beijing**<br>**CHINA** | **7/9/2020** | **$11,249.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.53. | **Sun Strong  Precision Metal Int'l Ltd.**<br>**Palm Grove House**<br>**P.O. Box 438**<br>**TORTOLA, BVI** | **7/9/2020** | **$11,165.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.54. | **Whale Rock LLC**<br>**56 Winthrop St.**<br>**Concord, MA 01742** | **7/13/2020** | **$39,742.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Rent_ |
| 3.55. | **Delaware Secretary of State**<br>**Division of Corporations**<br>**P.O. Box 5509**<br>**Binghamton, NY 13902** | **7/17/2020** | **$7,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.56. | **Epiq**<br>**1635 Market Street**<br>**Suite 410**<br>**Philadelphia, PA 19103** | **7/21/2020** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Prysm, Inc. | Case number (if known) | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.57 | **PG&E**<br>P.O. Box 997300<br>Sacramento, CA 95899 | **7/23/2020** | **$16,856.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58 | **HW Farren, LLC**<br>P.O. Box 5052<br>White Plains, NY 10602-5052 | **7/23/2020** | **$9,073.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59 | **Servicenow, Inc.**<br>P.O. Box 731647<br>Dallas, TX 75373-1647 | **7/28/2020** | **$15,030.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60 | **Arena Solutions, Inc.**<br>PO Box 122637<br>Dallas, TX 75312-2637 | **10,480.00** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61 | **NetSuite, Inc.**<br>2955 Campus Dr.<br>Ste. 100<br>San Mateo, CA 94403 | **7/28/2020** | **$31,705.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62 | **EyeSaver Int'l Inc.**<br>348 Circuit St.<br>Hanover, MA 02339 | **7,200.00** | **$7,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63 | **SHI International Corporation**<br>P.O. Box 952121<br>Dallas, TX 75395-2121 | **7/23/2020** | **$9,690.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64 | **Whale Rock LLC**<br>56 Winthrop St.<br>Concord, MA 01742 | **7/31/2020** | **$39,742.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |

Debtor __Prysm, Inc._____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.65. **NFP Property and Casualty Service, Inc.**<br>160 W. Santa Clara St.<br>Suite 575<br>San Jose, CA 95113 | 7/31/2020 | $79,835.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.66. **Winston D. Chang** | 7/31/2020 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.67. **Loje Realty Holdings LLC**<br>45 Bartlett Street<br>Marlborough, MA 01752 | 7/31/2020 | $101,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.68. **Cerian Technology Venture** | 7/31/2020 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.69. **Loje Realty Holdings LLC** | 7/31/2020 | $7,080.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.70. **Ogrin Partners Consulting Ltd**<br>1301 China Life Bldg., No. 16<br>Chaoyangmenwai Ave.<br>Chaoyang District, Beijing<br>CHINA | 8/3/2020 | $8,138.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.71. **Loje Realty Holdings LLC** | 8/5/2020 | $108,330.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.72. **Cerian Technology Ventures** | 8/5/2020 | $33,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Prysm, Inc.**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.73. **NFP Property and Casualty Service, Inc.** | 8/5/2020 | $79,835.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.74. **Empire State Realty Trust, Inc.**<br>**P.O. Box 28627**<br>**New York, NY 10087-8627** | 8/5/2020 | $179,065.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Amit Jain**<br>**21888 Villa Oaks Lane**<br>**Saratoga, CA 95070**<br>**President, CEO and Chairman of the Board** | 6/25/2020 | $9,095.34 | **Reimbursement of out of pocket expenses** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Prysm, Inc.**                                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **11711 North College LLC v. Anacore, LLC and Prysm, Inc.**<br>29D01-1912-011428 | **Commercial Lease Agreement** | **Hamilton County Superior Court, Indiana**<br>1 N. 8th St.<br>Noblesville, IN 46060 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ERST 1350 Broadway, L.L.C v.**<br>**Prysm, Inc.**<br>L&T Index No. 062026/19 | **Commercial Lease/ Nonpayment** | **Civil Court of the City of New York, NY**<br>111 Centre St.<br>New York, NY 10013 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **150-180 Baytech Drive CA Owner LLC**<br>**v**<br>**Prysm, Inc. fka Spudnik, Inc.**<br>19CV350439 | **Commercial Unlawful Detainer Unlimited** | **Superior Court of Santa Clara, CA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Prysm, Inc.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC 1201 N. Orange St. Suite 300 Wilmington, DE 19801** | | **May 26, 2020 and June 25, 2020** | **$70,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Epiq 1635 Market Street Suite 410 Philadelphia, PA 19103** | | **7/21/2020** | **$15,000.00** |
| | **Email or website address www.epiqglobal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **180 Baytech Dr. Suite 200 San Jose, CA 95134** | **2009-2020** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Debtor    **Prysm, Inc.**                                        Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**A small amount of personally identifiable information is collected**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Prysm, Inc. 401 (K)** | EIN:  **79356** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Prysm, Inc.**                                    Case number *(if known)*

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extron Logistics**<br>**48380 Milmont Drive**<br>**Fremont, CA 94538** | **Any Prsym Operations personnel via advanced permission by Operations Manager** | **Inventory.**<br>**Finish goods and materials pending return for repair** | ■ No<br>☐ Yes |
| **OCR Services**<br>**Warehouse**<br>**220 Railroad Ave.**<br>**Milpitas, CA 95035** | **Any Prsym Operations personnel via advanced permission by Operations Manager** | **Inventory.  Finished goods.** | ☐ No<br>■ Yes |
| **Prysm Middle East DMCC Offices**<br>**P.O. Box 643979 # AG 26-1**<br>**Silver Tower**<br>**Jumeirah Lakes Towers**<br>**DUBAI, UAE** | **Prsym employeees only** | **Inventory. Finished goods and materials pending return for repair** | ■ No<br>☐ Yes |
| **Toll Dubai Warehouse**<br>**M02 Makeen Building**<br>**PO Box No. 5599**<br>**DUBAI, UAE** | **Toll warehouse employees** | **Inventory.  Finished goods and materials pending return for repair** | ■ No<br>☐ Yes |
| **Prysm Displays Pvt. Ltd.**<br>**Golden Enclave, Ground Floor Tower**<br>**Municipal Corp. No. 129/299**<br>**Ward 73-BANGALORE**<br>**INDIA-56008** | **Prsym employees only** | **Inventory.  Finished goods and materials pending return for repair** | ■ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.

☐  Yes. Provide details below.

Debtor    **Prysm, Inc.**_____    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **Prysm Displays (India) Limited Golden Enclave, Ground Fl., Twr C., Municipal Corp. No. 129/299, Ward No. 73 Kodihalli, Varthur Village Hobli Bangalore, 560-017  India** | **Provides sales and support to Prysm customers** | EIN: From-To   **March 22, 2007 to present** |
| 25.2. | **Prysm Europe Ltd. 513 Fairview Way Milpitas, CA 95035** | **Inactive since December 2018** | EIN: From-To |
| 25.3. | **Prysm Europe BVBA 513 Fairview Way Milpitas, CA 95035** | **Inactive since December 2018** | EIN: From-To |
| 25.4. | **Prysm Middle East DMCC AG-26-1, Silver Tower P.O. Box 643979 Jumeirah Lakes Towers Dubai- UAE** | **Provides sales and support of Prysm displays in EMEA** | EIN: From-To   **May 24, 2011 to present** |
| 25.5. | **Anacore, Inc. 513 Fairview Way Milpitas, CA 95035** | **Inactive since December 2014** | EIN: From-To |

Debtor    **Prysm, Inc.**                                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.6.  **Kaybus, Inc.**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Inactive since January 2017** | EIN:<br><br>From-To |
| 25.7.  **Kaybus India Private Limited**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Inactive since 2017** | EIN:<br><br>From-To |
| 25.8.  **Prysm Hong Kong Limited**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **It is used for shipping and storage of Prysm hardware displays.** | EIN:<br><br>From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Martha L. Ayala**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Former employee** |
| 26a.2.  **Jasbir Singh**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Active employee** |
| 26a.3.  **Ngoc T. Vo**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Active employee** |
| 26a.4.  **Elena Volkova**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Active employee** |
| 26a.5.  **Olga Mamaenko**<br>**513 Fairview Way**<br>**Milpitas, CA 95035** | **Former employee and current consultant** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Deloitte Tax LLP**<br>**P.O. Box 844736**<br>**Dallas, TX 75284-4736** | **September 2016 - November 2018** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **Ravix Group, Inc.**<br>**226 Airport Parkway**<br>**Suite 40**<br>**San Jose, CA 95110** | **March 2017 - September 2018** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Prysm, Inc.**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Ernst & Young VAT REP BV**<br>**Pauline Van Potte;sberghelaan 12**<br>**Gent. BELGIUM 9051** | **February 2016 - current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **Blick Rothenberg**<br>**16 Great Queen Street**<br>**Covent Garden**<br>**London, UK** | **September 2016 - March 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.  **KLC Kennic Lui & Co.**<br>**5/F Ho Lee Commercial Bldg.**<br>**38-44 D'Aguilar Street**<br>**Central, Hong Kong** | **December 2016 - January 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.6.  **Ernst & Young LLP**<br>**One Colmore Square**<br>**Birmingham, UK**<br>**B4 6HQ** | **February 2015 - current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.7.  **Moss Adams LLP**<br>**P.O. Box 101822**<br>**Pasadena, CA 91189** | **February 2016 - June 2019** |

| Name and address | Date of service From-To |
|---|---|
| 26b.8.  **Ernst & Young (EUR)**<br>**Pauline Van Pottelsberghelaan 12**<br>**Gent. BELGIUM 9051** | **November 2015 - March 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.9.  **Avalara, Inc.**<br>**Dept. CH 16781**<br>**Warrenville, IL 60555-6781** | **June 2016 - February 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.10.  **BDO USA LLP**<br>**P.O. Box 677973**<br>**Dallas, TX 75267-7973** | **December 2016 - July 2019** |

| Name and address | Date of service From-To |
|---|---|
| 26b.11.  **SOA Projects, Inc.**<br>**495 N. Whisman Road**<br>**Suite 100**<br>**Mountain View, CA 94043** | **February 2017 - May 2019** |

| Name and address | Date of service From-To |
|---|---|
| 26b.12.  **Nationale Bank van Belgie**<br>**de Berlaimontlaan 14**<br>**Brussels, BELGIUM 1000** | **December 2017 - October 2019** |

Debtor __**Prysm, Inc.**_____     Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.13. **Deloitte Accountancy Gateway Building Luchthaven National 1J Zaventem, BELGIUM B-1930** | **January 2018 - March 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.14. **Accretive Strategies Consulting Group, LLC 7155 Redwood Retreat Rd. Ste. 12 Gilroy, CA 95020** | **January 2018 - December 2018** |

| Name and address | Date of service From-To |
|---|---|
| 26b.15. **Deloitte Belastingadviseurs BV 3072 AP Rotterdam P.O. Box 2031 Rotterdam CA, NETHERLANDS 3000** | **November 2018 - current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.16. **Brent Wakefield CPA 1630 Grace Avenue San Jose, CA 95125** | **February 2018 - current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.17. **Kapur Consulting, Inc. 43529 Southerland Way Fremont, CA 94539** | **March 2020 - March 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jasbir Singh 513 Fairview Way Milpitas, CA 95035** | |
| 26c.2. **Ngoc T. Vo 513 Fairview Way Milpitas, CA 95035** | |
| 26c.3. **Elena Volkova 513 Fairview Way Milpitas, CA 95035** | |
| 26c.4. **Fairview Equity Security Holders** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

---

| Debtor | **Prysm, Inc.** | | Case number *(if known)* | |

| Name and address | |
|---|---|
| 26d.1. | **GII Prysm Investments**<br>**Gulf Islamic Investments**<br>**501 Tower 2, Blvd. Plaza, Downtown**<br>**DUBAI, UAE** |
| 26d.2. | **Kuwait Investment Authority**<br>**Ministries Complex- Block No. 3**<br>**P.O. Box 64- Safat 13001**<br>**KUWAIT** |
| 26d.3. | **Artiman Ventures Special**<br>**Opportunities Fund LP**<br>**2000 University Ave. #602**<br>**Palo Alto, CA 94303** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amit Jain | 21888 Villa Oaks Lane<br>Saratoga, CA 95070 | Director | |
| Roger Hajjar | 1050 Camino Ricardo<br>San Jose, CA 95125 | Director | |
| Yatin Mundkhur | 1731 Embarcadero Rd<br>Suite 212<br>Palo Alto, CA 94303 | Director | |
| Tim Wilson | 1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Director | |
| Aseem Saklecha | 7188 Sharon Drive<br>San Jose, CA 95129 | Director | |
| Artiman Ventures Special | Opportunities Fund LP<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Major Stockholder | 34% |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Prysm, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kuwait Investment Authority | Ministries Complex- Block No. 3 P.O. Box 64- Safat 13001 KUWAIT | Major Stockholder | 16% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    08/05/2020

   _____          **Amit Jain**
   Signature of individual signing on behalf of the debtor          Printed name

   Position or relationship to debtor    **President, CEO and Chairman of the Board**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Delaware

In re    **Prysm, Inc.**                 Case No. _____

                                    Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **45th Parallel LLC**<br>**200 California St., Ste. 500**<br>**San Francisco, CA 94111** | **Common Stock** | **200,422** | |
| **522 Fifth Avenue Fund L.P.**<br>**522 Fifth Avenue Fund L.P.**<br>**320 Park Ave., 15th Fl.**<br>**NY1-U016**<br>**New York, NY 10022** | **Common Stock** | **26,699** | |
| **Adam Cuzzort**<br>**16922 Oak Manor Drive**<br>**Roann, IN 46974** | **Common Stock** | **75,248** | |
| **Adveq Euroope IV A C.V.**<br>**Adveq Management US., Inc. FAO**<br>**Amber Kulak**<br>**100 Park Ave, 28th Fl**<br>**New York, NY 10017** | **Common Stock** | **40,049** | |
| **Adveq Secondaries C.V.**<br>**Adveq Mgmnt U.S., Inc. FAO**<br>**Amber Kulak**<br>**100 Park Ave., 28th Fl.**<br>**New York, NY 10017** | **Common Stock** | **81,314** | |
| **Airwolf, LLC**<br>**c/o Kent T. Spellman, Manager**<br>**3232 Speen St.**<br>**Natick, MA 01760** | **Common Stock** | **2,311,964** | |
| **Akhil Saklecha**<br>**7188 Sharon Dr**<br>**San Jose, CA 95129** | **Common Stock** | **28,709** | |
| **Akhil Saklecha**<br>**7188 Sharon Drive**<br>**San Jose, CA 95129** | **Series AA Preferred Stock** | **162,858** | |
| **Akhil Saklecha**<br>**7188 Sharon Dr**<br>**San Jose, CA 95129** | **Series BB Preferred Stock** | **41,152** | |
| **Akhil Saklecha**<br>**7188 Sharon Dr**<br>**San Jose, CA 95129** | **Series CC Preferred Stock** | **26,556** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **Prysm, Inc.**                                                    Case No. _____
_____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Akihiro Machida**<br>**1679 Meadowlark Lane**<br>**Sunnyvale, CA 94087** | **Common Stock** | **12,500** | |
| **Alan Burrough**<br>**851 Arnold Way**<br>**San Jose, CA 95128** | **Common Stock** | **75,000** | |
| **Alan Kelch**<br>**5241 Pine Hill Dr.**<br>**Noblesville, IN 46062** | **Common Stock** | **3,230** | |
| **Alan Nelson**<br>**3 Michelle Lane**<br>**North Oxford, MA 01537** | **Common Stock** | **3,000** | |
| **Alex Duvanenko** | **Common Stock** | **938** | |
| **Allianz IART Vintage FCPR**<br>**Idinvest Partners c/o Allianz Vie**<br>**Ms. Fainbloom, 1117 Avenue des**<br>**Champs-Elysees, PARIS**<br>**FRANCE 75008** | **Common Stock** | **121,365** | |
| **Allianz Vie**<br>**Idinvest Partners**<br>**Ms. Fainbloom**<br>**117 Avenue des Champs-Elysees**<br>**Paris, France** | **Common Stock** | **455,117** | |
| **Alpine Manager Inc.**<br>**Salary Deferral Plan U/A**<br>**Dated 1/1/06 FBO Scott Mason**<br>**200 California St., Ste. 500**<br>**San Francisco, CA 94111** | **Common Stock** | **460** | |
| **Altamont Holdings LLC** | **Common Stock** | **2,529** | |
| **Amit Jain**<br>**21888 Villa Oaks Lane**<br>**Saratoga, CA 95070** | **Common Stock** | **2,755,000** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  **Prysm, Inc.**                                    Case No. _____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amit Mahajan**<br>**C-708, Magnifica Block Vrigade Gardenia**<br>**J.P. Nagar, 7th Phase**<br>**Bangalore, 560078**<br>**INDIA** | **Common Stock** | **4,100** | |
| **Amos Amir** | **Common Stock** | **32,473** | |
| **Anand Budni**<br>**217- 1st Floor 2nd Main**<br>**41G Layout, RMV**<br>**2nd Stage, Bangalore**<br>**INDIA** | **Common Stock** | **22,600** | |
| **Andrew Singer**<br>**142 E. Bloomfield Lane**<br>**Westfield, IN 46074** | **Common Stock** | **2,800** | |
| **Andrew Weston** | **Common Stock** | **5,396** | |
| **Antoine Nasrallah** | **Common Stock** | **30,341** | |
| **Anup Jayapal Rao**<br>**72, 1st Cross Shirdi Sai Nagar K.**<br>**Narayanapura Main Road**<br>**Bangalore 560045**<br>**INDIA** | **Common Stock** | **1,200** | |
| **Anurag Nigam Revocable**<br>**Trust DTD July 2000**<br>**Attn: Anurag Nigam Trustee**<br>**1490 Jefferson St., #303**<br>**San Francisco, CA 94123** | **Common Stock** | **2,184** | |
| **Artiman Partners IB (TTGP), L.L.C**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Common Stock** | **22,135** | |
| **Artiman Venture, LP**<br>**Attn: Yatin Mundkur**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series CC Preferred Stock** | **1,250,964** | |

List of equity security holders consists of 28 total page(s)

In re: **Prysm, Inc.** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Artiman Venture, LP**<br>**Attn: Yatin Mundkur**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Secured DD Preferred Stock** | **22,097,410** | |
| **Artiman Venture, LP**<br>**Attn: Yatin Mundkur**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Common Stock** | **901,092** | |
| **Artiman Ventures III Affiliates Fund, L.P.**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series EE Preferred Stock** | **3,794** | |
| **Artiman Ventures III Principals Fund I, L.P.**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series EE Preferred Stock** | **7,356** | |
| **Artiman Ventures III, L.P.**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series EE Preferred Stock** | **421,395** | |
| **Artiman Ventures Select 2014 Principals Fund, L.P.**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series EE Preferred Stock** | **7,836** | |
| **Artiman Ventures Select 2014, L.P.**<br>**Attn: Yaton Mundkur**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Common Stock** | **85,291** | |
| **Artiman Ventures Select 2014, L.P.**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series EE Preferred Stock** | **456,943** | |

In re:  **Prysm, Inc.**                                                     Case No. _____

_____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Artiman Ventures Side Fund II, L.P.<br>Attn: Yatin Mundkur<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Common Stock | 11,779 | |
| Artiman Ventures Side Fund II, L.P.<br>Attn: Yatin Mundkur<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Series AA Preferred Stock | 112,019 | |
| Artiman Ventures Side Fund II, L.P.<br>Attn: Yatin Mundkur<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Series BB Preferred Stock | 21,107 | |
| Artiman Ventures Side Fund II, L.P.<br>Attn: Yatin Mundkur<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Series CC Preferred Stock | 16,352 | |
| Artiman Ventures Side Fund II, L.P.<br>Attn: Yatin Mundkur<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Series DD Preferred Stock | 288,876 | |
| Artiman Ventures Side Fund, L.P.<br>Attn: Yatin Mundkur<br>Suite 212<br>Palo Alto, CA 94303 | Common Stock | 5,822 | |
| Artiman Ventures Side Fund, L.P.<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Seriess AA Preferred Stock | 55,369 | |
| Artiman Ventures Side Fund, L.P.<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Series BB Preferred Stock | 10,433 | |
| Artiman Ventures Side Fund, L.P.<br>1731 Embarcadero Rd.<br>Suite 212<br>Palo Alto, CA 94303 | Series CC Preferred Stock | 8,080 | |

In re:  **Prysm, Inc.**                                          Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Artiman Ventures Side Fund, L.P.**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series DD Preferred Stock** | **140,136** | |
| **Artiman Ventures Special Opportunities Fund LP**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series DD Preferred Stock** | **5,298,613** | |
| **Artiman Ventures, L.P.**<br>**Attn: Yatin Mundkur**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Common Stock** | **901,092** | |
| **Artiman Ventures, L.P.**<br>**Atnn: Yatin Mundkur**<br>**1731 Embaracdero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series AA Preferred Stock** | **8,568,868** | |
| **Artiman Ventures, L.P.**<br>**Attn: Yatin Mundkur**<br>**1731 Embarcadero Rd.**<br>**Suite 212**<br>**Palo Alto, CA 94303** | **Series BB Preferred Stock** | **1,614,550** | |
| **Arun Johary**<br>**1199 Mountain Swallow Court**<br>**San Jose, CA 95120** | **Common Stock** | **40,000** | |
| **Aseem Saklecha**<br>**7188 Sharon Drive**<br>**San Jose, CA 95129** | **Series BB Preferred Stock** | **20,576** | |
| **Aseem Saklecha**<br>**7188 Sharon Drive**<br>**San Jose, CA 95129** | **Series CC Preferred Stock** | **26,556** | |
| **Aseem Ssaklecha**<br>**1151 W. Washington**<br>**#141**<br>**Chicago, IL 60607** | **Series AA Preferred Stock** | **114,836** | |

In re:    **Prysm, Inc.**_____    Case No. _____

_____
                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ayush Jain Trust**<br>**Akhil Saklecha Trustee**<br>**24443 SHado Ridge Lane**<br>**Akron, OH 44333** | **Common Stock** | **750,000** | |
| **Balasubramania Thangaiah**<br>**51/36  1st Floor, 5th Corss, 4th Main**<br>**Byrasandra, Jayanagar 1st Block East**<br>**Bangalore, 560011**<br>**INDIA** | **Common Stock** | **6,250** | |
| **Bell Atlantic Master Pension Trust**<br>**The Bank of New York Mellon for**<br>**Bell Atlantic Master Trust BNY Mellon**<br>**500 Grant St. Aim 151-1935**<br>**Pittsburgh, PA 15258** | **Common Stock** | **910,234** | |
| **Black Meadow Limited**<br>**Attn: Agnita Solomon**<br>**Mill Mall Twr, 2nd Fl., Wickhams Cay 1**<br>**P.O. Box 4406 Road Town**<br>**Tortola, BVI** | **Series CC**<br>**Preferred**<br>**Stock** | **37,789** | |
| **BP-11A** | **Common Stock** | **553** | |
| **Brandon Fischer**<br>**4142 Pete Dye Blvd**<br>**Carmel, IN 46033** | **Common Stock** | **643,808** | |
| **Brian Bonn**<br>**789 Sugar Pine Road**<br>**Scotts Valley, CA 95066** | **Common Stock** | **100,000** | |
| **Brian C. Williams** | **Common Stock** | **10,922** | |
| **Brian T. Massey**<br>**37 Ferrecchia Dr.**<br>**Marlborough, MA 01752** | **Common Stock** | **40,000** | |
| **Bruce Borchers**<br>**3384 Grenwood Dr**<br>**Scotts Valley, CA 95066** | **Common Stock** | **25,000** | |
| **Cai Xiaoxin** | **Common Stock** | **14,809** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **Prysm, Inc.**
_____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **California Emerging Ventures II, LLC**<br>**c/o Grove Street Advisors, LLC**<br>**2221 Washington St., Bldg 1, Ste. 201**<br>**Newton Lower Falls, MA 02462** | **Common Stock** | **151,706** | |
| **Cam-Loan Bui**<br>**5517 Don Octavio Court**<br>**San Jose, CA 95123** | **Common Stock** | **2,000** | |
| **Canol Creek Ltd.**<br>**Attn: Sleem Hasan**<br>**1 Mapp Street**<br>**Belize City**<br>**BELIZE** | **Common Stock** | **10,921** | |
| **Charles Beazell**<br>**2701 Darby Dr.**<br>**Oakland, CA 94611** | **Common Stock** | **120,000** | |
| **Chris Gillespie**<br>**2347 Vendale Ave**<br>**San Jose, CA 95124** | **Common Stock** | **1,562** | |
| **Christopher Hart**<br>**187 West St**<br>**Carlisle, MA 01741** | **Common Stock** | **18,000** | |
| **Christopher Poore**<br>**9151 Mallard Pointe**<br>**Zionsville, IN 46077** | **Common Stock** | **20,000** | |
| **Christopher T. Sununu**<br>**121 Water Stree**<br>**Unit 1W**<br>**P.O. Box 1001**<br>**Exeter, NH 03833** | **Common Stock** | **11,250** | |
| **Compagnie Montaures SARL** | **Common Stock** | **6,372** | |
| **Continuum Fund Ltd.**<br>**Wafra Invest Advisory Group**<br>**350 Park Ave., 24th Fl.**<br>**New York, NY 10022** | **Common Stock** | **901,130** | |
| **Corniche Capital Holdings Inc.**<br>**MDE'S Bldg., 2nd Fl., Purcell Estate**<br>**PO Box 4406**<br>**TORTOLLA, VG 1110,  BVI** | **Series CC**<br>**Preferred**<br>**Stock** | **26,867** | |

List of equity security holders consists of 28 total page(s)

In re: __Prysm, Inc._____    Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Credit Agricole Private Equity Fund Of Funds FCPR c/o Omnes Capital Adrien Le Bail 37-31 rue du Rocher 75008 PARIS, FRANCE** | **Common Stock** | **151,706** | |
| **Credit Agricole Private Equity Secondary Fund of Funds FCPR: c/o Omnes Capital Adrien e Bail 37-31 rue du Rocher, 75008, Paris, FRANCE** | **Common Stock** | **60,682** | |
| **CSFB FBO David & Stacy Welsh Irrevoable Trust** | **Common Stock** | **295,882** | |
| **CSK-VC Sustainabilty Investment Fund Attn: Hiromichi Tabata 4th Fl, CSK Minami Aoyama Bldg 3-3-3 Minami-Aoyama-Minato-ku Tokyo, JAPAN 1070062** | **Common Stock** | **823,045** | |
| **Dahlia A. Sicar S.C.A. Euro Private Equity 5-7 Rue de Monttesuy 75340 Cedex 07 Paris FRANCE** | **Common Stock** | **172,945** | |
| **Dahlia B. Sicar S.C.A. Euro Private Equity 5-7 Rue de Monttesuy 75340 Cedex 07 Paris FRANCE** | **Commom Stock** | **57,648** | |
| **Darrin Brooks 3614 E. Carmel Drive Carmel, IN 46033** | **Common Stock** | **37,6223** | |
| **David Inori 465 Stony Point Road #241 Santa Rosa, CA 95401** | **Common Stock** | **10,000** | |
| **David Kent 43 Wayside Inn Rd. Framingham, MA 01701** | **Common Stock** | **405,000** | |
| **David Kindler 78 Elsinore  St. Concord, MA 01742** | **Common Stock** | **405,000** | |

List of equity security holders consists of 28 total page(s)

In re: **Prysm, Inc.** _____    Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David McInnis**<br>**P.O. Box 777**<br>**Kentfield, CA 94914** | **Common Stock** | **2,529** | |
| **David S. Wetherell** | **Common Stock** | **3,033** | |
| **DDRWJ Investment Company**<br>**A General Partnership**<br>**1300 Evans Ave. No. 880154**<br>**San Francisco, CA 94188** | **Common Stock** | **151,706** | |
| **Dino Carlos**<br>**13130 Knights Way**<br>**Fishers, IN 46037** | **Common Stock** | **18,819** | |
| **Don Krall**<br>**1155 El Abra Way**<br>**San Jose, CA 95125** | **Common Stock** | **164,791** | |
| **Dr . Sam Eletr** | **Common Stock** | **15,171** | |
| **Dr. Philippe Thevenaz** | **Common Stock** | **45,513** | |
| **Dr. Phillippe J. Pouletty** | **Common Stock** | **15,171** | |
| **Edward King**<br>**2225 Kenwood Ave**<br>**San Jose, CA 95128** | **Common Stock** | **10,000** | |
| **Eichtaedt Family Trust** | **Common Stock** | **1,443** | |
| **Elias Antoun**<br>**1890 Dry Creek Road**<br>**San Jose, CA 95124** | **Common Stock** | **61,728** | |
| **Ensemble 2003 Capital Partners LP** | **Common Stock** | **15,171** | |
| **Ensemble Partners** | **Common Stock** | **15,171** | |

In re: **Prysm, Inc.** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fei Li** | **Common Stock** | **37,321** | |
| **Flagg Living Trust**<br>**U/A DTD 2/11/2002**<br>**1199 Camino Vallecito**<br>**Lafayette, CA 94549** | **Series BB**<br>**Preferred**<br>**Stock** | **952** | |
| **Flagg Living Trust U/A**<br>**DTD 02/11/2002**<br>**Camino Vallecito**<br>**Lafayette, CA 94549** | **Series AA**<br>**Preferred**<br>**Stock** | **5,073** | |
| **Flagg Living Trust U/A**<br>**DTD 02/11/2002**<br>**Camino Vallecito**<br>**Lafayette, CA 94549** | **Series CC**<br>**Preferred**<br>**Stock** | **539** | |
| **Flagg Living Trust U/A**<br>**DTD 02/11/2002**<br>**Camino Vallecito**<br>**Lafayette, CA 94549** | **Series DD**<br>**Preferred**<br>**Stock** | **188** | |
| **Frank Thibodeau**<br>**5826 Balboa Drive**<br>**Oakland, CA 94611** | **Common Stock** | **2,500** | |
| **Fred Gerson** | **Common Stock** | **6,385** | |
| **Galba Anstalt** | **Common Stock** | **60,682** | |
| **Gary Ferroni** | **Common Stock** | **2,529** | |
| **George Laplante** | **Common Stock** | **6,320** | |
| **GII Prsym Investments Limited**<br>**P.O. Box 215931**<br>**Blvd Plaza II, Ste. 1102**<br>**Downtown, DUBAI U.A.E.** | **Common Stock** | **9,057,914** | |

In re:  **Prysm, Inc.**                                                    Case No. _____
_____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glenn Wastyn**<br>**Aalstersesteenweg 375 28**<br>**Apt 20H**<br>**9400 Ninove**<br>**9400 BELGIUM** | **Common Stck** | 7,500 | |
| **Gore Creek LLC** | **Series AA Preferred Stock** | 2,279 | |
| **Gore Creek LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series BB Preferred Stock** | 427 | |
| **Gore Creek LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series CC Preferred Stock** | 242 | |
| **Gore Creek LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series DD Preferred Stock** | 85 | |
| **Greenoaks Capital Management LLC**<br>**Attn: Neil Mehta Managing Member**<br>**58 Greenoaks Dr.**<br>**Atherton, CA 94027** | **Common Stock** | 22,136 | |
| **Gulf Islamic Investments L.L.C,**<br>**an Abu Dhabi, LLC**<br>**P.O. Box 215931 Blvd. II, Ste. 1102**<br>**Downtown Dubai, U.A.E.** | **Common Stock** | 671,883 | |
| **Hajjar Children Trust Fund**<br>**Elias Antoun Trustee**<br>**1890 Dry Creek Rd**<br>**San Jose, CA 95124** | **Common Stock** | 1,500,000 | |
| **Harmony Partner Group LLC** | **Series AA Preferred Stock** | | |
| **Harmony Partner Group LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series BB Preferred Stock** | 1,233 | |

List of equity security holders consists of 28 total page(s)

In re: **Prysm, Inc.**                                                    Case No. _____
_____
                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harmony Partner Group LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series CC Preferred Stock** | **699** | |
| **Harmony Partner Group LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series DD Preferred Stock** | **244** | |
| **Helmut Schoen** | **Common Stock** | **53,436** | |
| **Hollyport Secondary Opportunities V-SLP**<br>**13 Castle St**<br>**St. Helier, Jersey CH**<br>**JE4 JUT** | **Common Stock** | **455,117** | |
| **I-En (Brian) Chen**<br>**448 Oak Grove Dr.**<br>**Unit #403**<br>**Santa Clara, CA 95054** | **Common Stock** | **750** | |
| **IBM Pension Plan Trust**<br>**c/o JP Morgan Chase, N.A.,**<br>**As Directed Trustee**<br>**4 New York Plaza**<br>**New York, NY 10004** | **Common Stock** | **758,528** | |
| **James G. Sununu**<br>**121 Water Street, Unit 1W**<br>**P.O. Box 1001**<br>**Exeter, NH 03833** | **Common Stock** | **11,250** | |
| **James Gilchrist**<br>**5612 Winthrop Ave.**<br>**Indianapolis, IN 46220** | **Common Stock** | **18,819** | |
| **James Moore** | **Common Stock** | **2,529** | |
| **James P. Burnett**<br>**121 Water Street**<br>**Unit 1W**<br>**P.O. Box 1001**<br>**Exeter, NH 03833** | **Common Stock** | **5,000** | |

List of equity security holders consists of 28 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re: **Prysm, Inc.**
_____    Case No. _____
                                Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James T. McCann** | **Common Stock** | **14,200** | |
| **Jasbir Singh**<br>**44227 Hunter Place**<br>**Fremont, CA 94539** | **Common Stock** | **386,000** | |
| **Jason Litt** | **Common Stock** | **3,541** | |
| **Jayesh Parekh** | **Common Stock** | **2,560** | |
| **Jean-Paul Delattre** | **Common Stock** | **2,124** | |
| **Jeanette Hajjar**<br>**1050 Camino Ricardo**<br>**San Jose, CA 95125** | **Common Stock** | **372,500** | |
| **Jeffrey Diep**<br>**18 High School Ave**<br>**Quincy, MA 02169** | **Common Stock** | **7,500** | |
| **Jennifer M. Combs** | **Common Stock** | **15,170** | |
| **Jo Ann Heidi Roizen**<br>**275 Eleanor Dr**<br>**Redwood City, CA 94062** | **Common Stock** | **40,000** | |
| **John Kryzanowski**<br>**480 Throckmorton Ave**<br>**Mill Valley, CA 94941** | **Series AA**<br>**Preferred**<br>**Stock** | **42,079** | |
| **John Kryzanowski**<br>**480 Throckmorton Ave**<br>**Mill Valley, CA 94941** | **Series BB**<br>**Preferred**<br>**Stock** | **7,890** | |
| **John Kryzanowski**<br>**480 Throckmorton Ave**<br>**Mill Valley, CA 94941** | **Series CC**<br>**Preferred**<br>**Stock** | **4,473** | |
| **John Kryzanowski**<br>**480 Throckmorton Ave**<br>**Mill Valley, CA 94941** | **Series DD**<br>**Preferred**<br>**Stock** | **1,561** | |

List of equity security holders consists of 28 total page(s)

In re: **Prysm, Inc.**
_____
Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John L. Ritter**<br>**185 West Bare Hill Rd.**<br>**Harvard, MA 01451** | **Common Stock** | **100,000** | |
| **John M.  Watson**<br>**456 North Broadway**<br>**Haverhill, MA 01832** | **Common Stock** | **112,135** | |
| **Joshua Hurst**<br>**12846 Rotterdam Road**<br>**Fishers, IN 46037** | **Common Stock** | **21,075** | |
| **JRSL LLC**<br>**c/o Nancy Adler, Manager**<br>**2750 Broadway Street**<br>**San Francisco, CA 94115** | **Common Stock** | **63,478** | |
| **Julia Lovin**<br>**304 La Cuesta**<br>**Los Altos, CA 94024** | **Common Stock** | **6,250** | |
| **Julian Carey**<br>**666 Post Street**<br>**# 303**<br>**San Francisco, CA 94109** | **Common Stock** | **37,500** | |
| **Kalenpendu Shastri**<br>**7540 Windsor Dr.**<br>**Suite 210**<br>**Allentown, PA 18195** | **Series DD**<br>**Preferred**<br>**Stock** | **2,077,718** | |
| **Karthik Venkatraman**<br>**#34 Parangusapuram St.**<br>**Kodambakkang, Chennai**<br>**600 024**<br>**INDIA** | **Common Stock** | **1,500** | |
| **Kevin Carrington**<br>**220 Dwight Road**<br>**Burlingame, CA 94010** | **Common Stock** | **27,093** | |
| **Kevin Hohnbaum** | **Common Stock** | **10,000** | |
| **Konomi, Inc.**<br>**Attn: Masao Konomi**<br>**1-11-36 Akasaka Minato-ku**<br>**Tokyo, 107-0052**<br>**JAPAN** | **Common Stock** | **10,000** | |

List of equity security holders consists of 28 total page(s)

In re:  **Prysm, Inc.**                                                      Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kopercrest Capital Holdings Inc.**<br>**Mill Mall Tower, 2nd Fl**<br>**Wickhams Cay 1, P.O. Box 4406**<br>**Road Town, TORTOLA, BVI** | **Series CC**<br>**Preferred**<br>**Stock** | **21,843** | |
| **Krishnan Varadarajan**<br>**#15 25th Main 17th Cross**<br>**J.P. Nagar, 6th Phase**<br>**Bangalore, Karnataka 560078**<br>**INDIA** | **Common Stock** | **13,900** | |
| **Kuwait Investment Authority**<br>**Ministries Complex- Block No. 3**<br>**P.O. Box 64- Safat 13001**<br>**KUWAIT** | **Series EE**<br>**Preferred**<br>**Stock** | **17,857,143** | |
| **Larry Gibbins**<br>**18677 Casa Blanca Lane**<br>**Saratoga, CA 95070** | **Common Stock** | **21,000** | |
| **Lawrence H. Feld**<br>**Survivor's Trust U/A DTD 12/11/1995** | **Common Stock** | **2,529** | |
| **Laxmi Katta** | **Common Stock** | **435** | |
| **LCP VII Holdings, L.P.**<br>**c/o Thomas Giannetti, CFO**<br>**660 Madison Ave.**<br>**New York, NY 10065** | **Common Stock** | **303,411** | |
| **Lenore Ruben 2008 Family Trust**<br>**c/o Lenore Ruben, Trustee**<br>**173 Riverside Dr.**<br>**# 11D**<br>**New York, NY 10024** | **Common Stock** | **6,068** | |
| **Liverpool Victoria Friendly Society**<br>**Limited Frizzell House Bournemouth**<br>**Attn: Vince Rennie, CIO**<br>**BHI 2NF** | **Common Stock** | **682,675** | |
| **Macintosh II LLC** | **Common Stock** | **1,522** | |

List of equity security holders consists of 28 total page(s)

In re: **Prysm, Inc.** _____          Case No. _____

                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **MAH Holdings Limited**<br>**c/o JAXA Chartered Accountants**<br>**P.O. Box 92363**<br>**Dubai, U.A.E.** | **Common Stock** | **433,181** | |
| **Manikandan Parasuraman Shanmuganathan**<br>**999 Vallalar Nagar Third Street**<br>**M.C. Road & Post Thanjavur**<br>**Tamilnadu, MUMBAI** | **Common Stock** | **8,000** | |
| **Manish Dhoke**<br>**305 Ratna Nest 11/6 1st Cross SR Layout**<br>**Murugesh Palya, Wind Tunnel Rd**<br>**Bangalore 560017**<br>**INDIA** | **Common Stock** | **2,958** | |
| **Manoj Goel**<br>**21537 Saratoga Heights Dr.**<br>**Saratoga, CA 95070** | **Common Stock** | **6,875** | |
| **Manvi Gupta**<br>**Flat 1303  Bin Fardan Tower**<br>**Khalidiya St**<br>**P.O. Box 31522**<br>**Abu Dhabi, UAE** | **Common Stock** | **455,024** | |
| **Mark Hayes** | **Common Stock** | **1,217** | |
| **Mark Pajdowski**<br>**135 Riviera Dr**<br>**# 435**<br>**Los Gatos, CA 95032** | **Common Stock** | **6,041** | |
| **Mathew Davis Wolf**<br>**711 Louisiana**<br>**Suite 1660**<br>**Houston, TX 77002** | **Common Stock** | **91,023** | |
| **Michael C. Sununu**<br>**121 Water Street, Unit 1W**<br>**P.O. Box 1001**<br>**Exeter, NH 03833** | **Common Stock** | **11,250** | |
| **Michael J. Danaher & Carol Lee Danaher**<br>**Trustees of the Danaher Family Trust**<br>**Dated June 29, 2004**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304** | **Common Stock** | **4,464** | |

List of equity security holders consists of 28 total page(s)

In re: **Prysm, Inc.** _____  Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael J. Danher**<br>**c/o WSGR**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304** | **Common Stock** | **14,562** | |
| **Michael Lu**<br>**619 Alger Drive**<br>**Palo Alto, CA 94306** | **Common Stock** | **6,000** | |
| **Michele Lacobelle**<br>**2408 Tierra Court**<br>**Rosamond, CA 93560** | **Common Stock** | **4,166** | |
| **Millennium Ventures LLC**<br>**c/o Mr. R.B. Keller**<br>**1701 SE Columbia Ridge Dr.**<br>**Site 100**<br>**Vancouver, WA 98661** | **Common Stock** | **75,853** | |
| **Minnesota Life Insurance Co.**<br>**400 Robert Street North**<br>**Saint Paul, MN 55101** | **Common Stock** | **151,706** | |
| **Montauk TriGuard Fund V LP**<br>**300 Spectrum Center Dr.**<br>**Suite 880**<br>**Irvine, CA 92618** | **Common Stock** | **78,887** | |
| **Montauk TriGuard Fund VII, LP**<br>**Montauk Triguard Partners**<br>**300 Spectrum Center Dr.**<br>**Suite 880**<br>**Irvine, CA 92618** | **Common Stock** | **57,280** | |
| **Mr. R.B. Keller** | **Common Stock** | **45,513** | |
| **Mr. Thomas B. Walker III** | **Common Stock** | **30,341** | |
| **Mr. Yves M. Perben**<br>**9 Chermin Charles Georg**<br>**9 Geneve 1209**<br>**SWITZERLAND** | **Common Stock** | **91,023** | |

List of equity security holders consists of 28 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **Prysm, Inc.**                                                    Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **N. Venkata Subramanian Sree Cranesh #2673 E. Boack Sahakala Nagar, Bangalore, 560092 INDIA** | **Common Stock** | 43,500 | |
| **Nayan Mehta 58 Greenoaks Drive Atherton, CA 94027** | **Common Stock** | 14,583 | |
| **NDIRA, Inc. FBO Sanne Higgins IRA** | **Common Stock** | 60,682 | |
| **Nicolas Elbaze** | **Common Stock** | 260,770 | |
| **Nihon Phoenix Partners LLC Attn: Harry C. Beatty c/o Kent, Beatty & Gordon 425 Park Ave New York, NY 10022** | **Common Stock** | 16,373 | |
| **North Point Partner LLC** | **Series AA Preferred Stock** | 13,153 | |
| **North Point Partner LLC Spinnaker Capital LLC One Joy Street Boston, MA 02108** | **Series BB Preferred Stock** | 2,467 | |
| **North Point Partner LLC Spinnaker Capital LLC One Joy Street Boston, MA 02108** | **Series CC Preferred Stock** | 1,399 | |
| **North Point Partner LLC Spinnaker Capital LLC One Joy Street Boston, MA 02108** | **Series DD Preferred Stock** | 488 | |
| **Northern Lights Ventures I LLC** | **Common Stock** | 7,225 | |

List of equity security holders consists of 28 total page(s)

In re:  **Prysm, Inc.**                                                    Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **OB Capital Ltd.**<br>**Attn: Conrad Bonoiton**<br>**Level 2B, Caravelle House**<br>**Manglier Street, Victoria**<br>**Mahe, SEYCHELLES** | **Common Stock** | **21,836** | |
| **Ocelda Limited** | **Common Stock** | **53,436** | |
| **Ontario Teachers' Pension Plan Board**<br>**c/o Katherine McCormick**<br>**2765 Sand Hill Road**<br>**Menlo Park, CA 94025** | **Common Stock** | **10,921,800** | |
| **Open Sesame Investments Inc.**<br>**Attn: Agnita Solomon**<br>**Mill Mall Tower, 2nd Fl, Wickhams Cay 1**<br>**P.O. Box 4406 Tortola**<br>**B.V.I** | **Common Stock** | **10,916** | |
| **Orlando Limited per pro**<br>**Commerce Corporate Srvcs Limited**<br>**11 Dr. Roy's Dr. P.O. Box 694**<br>**Grand Cayman, KY-1107**<br>**Cayman Islands** | **Common Stock** | **60,682** | |
| **PAR SF II, LLC**<br>**200 California St., Ste. 500**<br>**San Francisco, CA 94111** | **Common Stock** | **557,693** | |
| **Pascal  Castres Saint Martin** | **Common Stock** | **3,642** | |
| **Patrick Tan**<br>**3 Wilson St.**<br>**Wellesley, MA 02482** | **Common Stock** | **590,000** | |
| **Paul Rugg**<br>**351 Whitney Street**<br>**Northborough, MA 01532** | **Common Stock** | **5,433** | |
| **Pavan Voruganti**<br>**626 7th Main, 14th Cross**<br>**ISRO Layout**<br>**Bangalore, 560078**<br>**INDIA** | **Common Stock** | **4,100** | |

In re:   **Prysm, Inc.**                                          Case No. _____
                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PEG Pooled VC Institutional Investors LLC**<br>**Attn: Brendan C. Cameron**<br>**320 Park Ave., 15th Fl.**<br>**New York, NY 10022** | **Common Stock** | 395,390 | |
| **PEG Pooled VC Private Investors LLC**<br>**Attn: Brendan C. Cameron**<br>**320 Park Ave., 15th Floor**<br>**New York, NY 10022** | **Common Stock** | 63,367 | |
| **PEH Holdings, L.P.**<br>**c/o Gwen McLaughlin, Director**<br>**P.O. Box 847,**<br>**Georgetown, Cayman Islands**<br>**KY1-1103** | **Common Stock** | 336,786 | |
| **PEH Parallel Holdings, L.P.**<br>**c/o Gwen McLaughlin, Director**<br>**P.O. Box 847**<br>**Georgetown, Cayman Islands**<br>**KY1-1103** | **Common Stock** | 118,330 | |
| **Phillip Malyak**<br>**40 Culloden Dr.**<br>**Canton, MA 02021** | **Common Stock** | 405,000 | |
| **Phillippe Cases** | **Common Stock** | 224,462 | |
| **Praveen Gupta**<br>**3353 Alma Street #235**<br>**Palo Alto, CA 94306** | **Common Stock** | 875 | |
| **Predica S.A.** | **Common Stock** | 91,023 | |
| **Promerica Capital LLC**<br>**Spinnaker Capital LLC**<br>**One Joy St.**<br>**Boston, MA 02108** | **Series AA Preferred Stock** | 19,729 | |
| **Promerica Capital LLC**<br>**Spinnaker Capital LLC**<br>**One Joy St.**<br>**Boston, MA 02108** | **Series BB Preferred Stock** | 3,699 | |

In re:  **Prysm, Inc.**                                                          Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Promerica Capital LLC**<br>**Spinnaker Capital LLC**<br>**One Joy St.**<br>**Boston, MA 02108** | **Series CC Preferred Stock** | **2,098** | |
| **Promerica Capital LLC**<br>**Spinnaker Capital LLC**<br>**One Joy St.**<br>**Boston, MA 02108** | **Series DD Preferred Stock** | **733** | |
| **Prysm AV Investors, L.L.C.**<br>**2000 University Ave. #602**<br>**Palo Alto, CA 94303** | | | |
| **Qingpin Wang** | **Common Stock** | **24,893** | |
| **Raju G. Varadha**<br>**1755/12-2, 8th Cross 5th B**<br>**Main Road, R.P.C. Layout**<br>**Karnataka, INDIA**<br>**560040** | **Common Stock** | **230,000** | |
| **Rich Ngoc Tran**<br>**9 Taj Dr.**<br>**Worcester, MA 01605** | **Common Stock** | **10,000** | |
| **River Edge Partners LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series AA Preferred Stock** | **11,416** | |
| **River Edge Partners LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series BB Preferred Stock** | **2,140** | |
| **River Edge Partners LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series CC Preferred Stock** | **1,213** | |
| **River Edge Partners LLC**<br>**Spinnaker Capital LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **Series DD Preferred Stock** | **424** | |

List of equity security holders consists of 28 total page(s)

In re:  **Prysm, Inc.**                                                    Case No. _____
_____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert E. Kusy**<br>**72 Lee Street West**<br>**West Boylston, MA 01583** | **Common Street** | **17,500** | |
| **Rochelle R. Kivell Descendants Trust** | **Common Stock** | **6,068** | |
| **Rockee M. Tanimoto**<br>**P.O. Box 4331**<br>**Santa Clara, CA 95056** | **Common Stock** | **2,100** | |
| **Roger Hajjar**<br>**1050 Camino Ricardo**<br>**San Jose, CA 95125** | **Common Stock** | **3,902.500** | |
| **Ruben Gruber** | **Common Stock** | **1,707** | |
| **Ruchi Jain Trust**<br>**Akhil Saklecha, Trustee**<br>**24443 Shadow Ridge Lane**<br>**Akron, OH 44333** | **Common Stock** | **750,000** | |
| **RWG Investments LLC** | **Common Stock** | **7,225** | |
| **Ryan Mau Vu**<br>**5975 Hansen Drive**<br>**Pleasanton, CA 94566** | **Common Stock** | **2,125** | |
| **S. Atiq Raza and Nandini Saraiya**<br>**JTWROS** | **Series EE Preferred Stock** | **17,262** | |
| **Sangho Byun**<br>**3133 Shelter Cove Place**<br>**Davis, CA 95616** | **Common Stock** | **100** | |
| **Scott Matson Living Trust** | **Common Stock** | **89,430** | |
| **Sergey Bukesov**<br>**204 Parker Street Acton**<br>**Village of Nagog Woods, MA 01718** | **Common Stock** | **40,000** | |

List of equity security holders consists of 28 total page(s)

In re:  **Prysm, Inc.**                                      Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shawn Worsell**<br>**1434 Maddux Drive**<br>**Redwood City, CA 94061** | **Common Stock** | **10,000** | |
| **Sirac Participations SA** | **Common Stock** | **91,023** | |
| **Societe Civile Ofrec**<br>**c/o Nicole Ortiz**<br>**34 Avenue, Raphael**<br>**75016 Paris**<br>**FRANCE** | **Common Stock** | **95,077** | |
| **Solomon Family Trust**<br>**Dated 1/10/05** | **Common Stock** | **158,097** | |
| **Sreenivasarao Banda**<br>**301 Main Street**<br>**Unit 32F**<br>**San Francisco, CA 94105** | **Common Stock** | **18,997** | |
| **Stanhope Investments**<br>**Silver Tower, Corniche Rd.**<br>**P.O. Box 61999**<br>**Abu Shabi, UAE** | **Common Stock** | **2,184,359** | |
| **Stephanie Hom**<br>**1711 20th Ave**<br>**San Francisco, CA 94122** | **Common Stock** | **22,165** | |
| **Stephen D. LaForge**<br>**474 Park Place Petaluma**<br>**Petaluma, CA 94954** | **Common Stock** | **1,245** | |
| **Stephen L. Combs**<br>**282 20th Avenue**<br>**San Francisco, CA 94121** | **Common Stock** | **2,500** | |
| **Stephen Lasecki**<br>**2969 NW Shevlin Meadow Dr.**<br>**OR 97703** | **Common Stock** | **10,625** | |
| **Strategic Partners IV VC**<br>**Holdings L.P.**<br>**345 Park Ave.**<br>**New York, NY 10154** | **Common Stock** | **481,403** | |

List of equity security holders consists of 28 total page(s)

In re:　**Prysm, Inc.**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Strategic Partners VII Investments , L.P.**<br>**345 Park Ave**<br>**New York, NY 10154** | **Common Stock** | **455,117** | |
| **Sudhir Ispahani**<br>**2681 Mount Royal Drive**<br>**Castle Rock, CO 80104** | **Common Stock** | **2,066** | |
| **Sujith Shivanna**<br>**Shivaloka, 6th Cross**<br>**Ashok Nagar, Tumkur**<br>**572102**<br>**INDIA** | **Common Stock** | **900** | |
| **Sunay Narkar**<br>**305 Gaurav Arcade I First Cross**<br>**Manorayan Palya**<br>**Bangalore, Karnataka State**<br>**560 032 INDIA** | **Common Stock** | **5,000** | |
| **Sununu Enterprises LLC**<br>**Attn: James Sununu**<br>**121 Water St. Unit 1W**<br>**P.O. Box 1001**<br>**Exeter, NH 03833** | **Common Stock** | **35,000** | |
| **Sununu Holdings LLC**<br>**c/o James G. Sununu**<br>**121 Water St., Unit 1W**<br>**P.O. Box 1001**<br>**Exeter, NH 03833** | **Common Stock** | **11,250** | |
| **Surendrareddy Tippareddy**<br>**Paluru (Post) & (Vill) Kandukur (Mandal)**<br>**Prakasam (D.T.) Andhra Pradesh**<br>**523 105**<br>**INDIA** | **Common Stock** | **550** | |
| **Susan Kent**<br>**126 May Avenue**<br>**Santa Cruz, CA 95062** | **Common Stock** | **24,375** | |
| **Sutrave Purushotham Rao,**<br>**Prashanth Kumar,**<br>**#48 Arunachalam Mudaliar Road**<br>**Bhorathi Nagar, Bangalore-1**<br>**INDIA** | **Common Stock** | **600** | |

List of equity security holders consists of 28 total page(s)

In re:   **Prysm, Inc.**                                                                          Case No. _____
                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SVB Financial Group**<br>**Silicon Valley Bank**<br>**80 East Rio Salado Pkwy**<br>**Suite 600**<br>**Tempe, AZ 85281** | **Common Stock** | **152,202** | |
| **Swadesh Family Trust** | **Common Stock** | **14,238** | |
| **Takeshi Hagio**<br>**58-17 Yatsumachi**<br>**Kanazawa-ku Yokohama City**<br>**Kanagawa-ken**<br>**236-0016** | **Common Stock** | **5,000** | |
| **Tao Shen** | **Common Stock** | **32,143** | |
| **Terracotta Limited**<br>**Terracotta Limited**<br>**23-25 Broad Street, St. Helier**<br>**Jersey, VE4 8ND**<br>**Channel Islands** | **Common Stock** | **60,682** | |
| **The Chellam Family Trust**<br>**dated 1/28/88**<br>**Attn: Kris Chellam, Trustee**<br>**15144 El Camino Grande**<br>**Saratoga, CA 95070** | **Common Stock** | **115,340** | |
| **The LV=Pension Trustee Limited** | **Common Stock** | **75,853** | |
| **The Wilson 1999 Trust**<br>**U/D/T 7/23/9** | **Common Stock** | **257,013** | |
| **ThinkTiv, Inc.**<br>**1011 San Jacinto Blvd.**<br>**#202**<br>**Austin, TX 78701** | **Common Stock** | **20,254** | |
| **Timon J. Malloy** | **Common Stock** | **15,171** | |
| **Trocadero Investments Ltd.** | **Common Stock** | **117,890** | |

List of equity security holders consists of 28 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **Prysm, Inc.**                                                Case No. _____
_____
                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Udden Ltd.**<br>**Attn: Agnita Solomon**<br>**Mill Mall Tower 2nd Floor**<br>**Wickhams Cay 1, P.O. Box 4406 Road Town**<br>**Tortola, BVI** | **Common Stock** | **6,561** | |
| **Vendome Capital LLC**<br>**Thomas G. McKinley Managing Member**<br>**325 Front St.**<br>**PMB 410**<br>**Evanston, WY 82930** | **Common Stock** | **399,031** | |
| **Venkatesan Ramamoorthy**<br>**47/S2-Siri Apartment**<br>**7th Cross, 6th Main,**<br>**Malleswaram, Bangalore 560003**<br>**INDIA** | **Common Stock** | **37,500** | |
| **Warren-Long Trust**<br>**U/A DTD 05/17/2002** | **Common Stock** | **3,792** | |
| **Waynie Mayo**<br>**291 W. Capitol Ave**<br>**Milpitas, CA 95035** | **Common Stock** | **3,333** | |
| **William J. Raduchel Revocable Trust** | **Common Stock** | **15,171** | |
| **William McAdam** | **Common Stock** | **2,529** | |
| **WS Investment Co., LLC**<br>**WSGR Attn: James Terranova**<br>**650 Page Mill Rd.**<br>**Palo Alto, CA 94304** | **Common Stock** | **118,750** | |
| **WS Investment Company LLC (2005D)**<br>**WSGR Attn: James Terranova**<br>**777 California St**<br>**2nd Floor**<br>**Palo Alto, CA 94304** | **Common Stock** | **22,967** | |
| **WS Investment Company, LLC**<br>**WSGR Attn: James Terranova**<br>**650 Page Mill Rd**<br>**Palo Alto, CA 94304** | **Common Stock** | **72,815** | |

List of equity security holders consists of 28 total page(s)

In re:   **Prysm, Inc.**  _____   Case No.   _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WS Investment Company, LLC**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304** | **Common Stock** | **52,500** | |
| **Xiaoya (Ivy Chen) Zhou**<br>**2051 Sedge Court**<br>**San Jose, CA 95133** | **Common Stock** | **541** | |
| **Yong Wang** | **Common Stock** | **10,293** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President, CEO and Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   08/05/2020   Signature   _____
                                 **Amit Jain**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   **Prysm, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prysm, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Artiman Ventures Special
Opportunities Fund LP
1731 Embarcadero Rd.
Suite 212
Palo Alto, CA 94303**

**Kuwait Investment Authority
Ministries Complex- Block No. 3
P.O. Box 64- Safat 13001
KUWAIT**

☐ None [*Check if applicable*]

8/5/2020

Date

**Charles J. Brown, III DE 3368**

Signature of Attorney or Litigant
Counsel for   **Prysm, Inc.**
**Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
302-425-5813 Fax:302-425-5814
cbrown@gsbblaw.com**

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Prysm, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on July 29, 2020, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its software business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the terms of the proposed Chapter 11 Plan of Prysm, Inc., the draft Interim Order Authorizing the Corporation to Obtain Post-Petition Secured Financing from ESW Capital, LLC and the Restructuring Support Agreement, all in the form provided to the Board of Directors (the "Reorganization Documents") are hereby approved and the Authorized Officer (as defined below) is hereby authorized and directed to execute and deliver to the appropriate parties, in the name and on behalf of the Corporation, the Reorganization Documents, together with all schedules and exhibits thereto, and such other agreements, instruments and documents as may be necessary or appropriate to consummate the transactions contemplated thereby, together with such changes and modifications as such Authorized Officers may deem necessary or appropriate, such Authorized Officer's approval to be conclusively evidenced by the execution and delivery of any such agreement, instrument, certificate or related document.

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that the Authorized Officer may, in his sole discretion, terminate or assign the 401(k) program for employees of the Corporation;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Corporate Secretary of Prysm, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of Prysm, Inc. this 29 day of July, 2020.

By: ___*Asaf Kharal*___

Name: Asaf Kharal

Title: Corporate Secretary

## United States Bankruptcy Court
### District of Delaware

In re   **Prysm, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, CEO and Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___08/05/2020___

_____
**Amit Jain/President, CEO and Chairman of the Board**
Signer/Title

PRYSM, INC.
513 FAIRVIEW WAY
MILPITAS, CA 95035

.

CHARLES J. BROWN, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

11711 N. COLLEGE LLC
9339 PRIORITY WAY WEST DR
SUITE 120
INDIANAPOLIS, IN 46240

11711 N. COLLEGE LLC
C/O CHANO REAL ESTATE
PARTNERS
7215 E. 21ST ST.
INDIANAPOLIS, IN 46219

AAN INVESTMENT LLC
7540 WINDSOR DR.
SUITE 210
ALLENTOWN, PA 18195

ACC BUSINESS
PO BOX 105306
ATLANTA, GA 30348-5306

ADDUCI MASTRIANI
 & SCHAUMBERG
1133 CONNECTICUT AVENUE N.W.
WASHINGTON, DC 20036

ADOBE
345 PARK AVE
SAN JOSE, CA 95110

ADP

ADVANCED CLEANROOM
MICROCLEAN CORP.
3250 S SUSAN ST., STE. A
SANTA ANA, CA 92704

ADVANCED CLEANROOM
MICROCLEAN CORPORATION
C/O VERICORE, LLC
10115 KINCEY AVE., STE. 100
HUNTERSVILLE, NC 28078

AIRGAS
C/O CD&S, LTD.
13809 RESEARCH BLVD.
STE. 800
AUSTIN, TX 78750

AIRGAS USA, LLC
PO BOX 734445
CHICAGO, IL 60673-4445

AKHIL SAKLECHA
360 W. HUBBARD ST.,
APT. 2909
CHICAGO, IL 60654

ALLIANCE MAINTENANCE
318 WEST 39TH STREET,
7TH FLOOR
NEW YORK, NY 10018

ALLIED ELECTRONICS
PO BOX 2325
FORT WORTH, TX 76113

ALPS ELECTRIC
(NORTH AMERICA), INC.
P.O. BOX 677917
DALLAS, TX 75267-7917

ALPS ELECTRIC (NORTH AMERICA), INC.

AMAZON WEB SERVICES
410 TERRY AVE NORTH
SEATTLE, WA 98109-5210

AMAZON WEB SVCS, INC.
PO BOX 84023
SEATTLE, WA 98124-8423

AMERICA II ELECTRONICS, INC
C/O ALTUS RECEIVABLES MGMN
ATTN: GRACE ALLEN
2400 VETERANS BLVD, STE. 300
KENNER, LA 70062

AMERICA II ELECTRONICS, INC.
PO BOX 21355
SAINT PETERSBURG, FL 33742

AMGEN- HQ

APTTUS CORPORATION
1400 FASHION ISLAND BLVD,
SUITE 100
SAN MATEO, CA 94404

AR JAIN MANAGEMENT LLC
180 BAYTECH DR.
SAN JOSE, CA 95134

ARENA SOLUTIONS, INC.
PO BOX 122637
DALLAS, TX 75312-2637

ARTEGIS LAW GROUP, LLP
710 LAKEWAY DR.,
 SUITE 185
SUNNYVALE, CA 94085

ARTIMAN VENTURES SPECIAL
OPPORTUNITIES FUND LP
1731 EMBARCADERO RD.
SUITE 212
PALO ALTO, CA 94303

ASEEM SAKLECHA
7188 SHARON DRIVE
SAN JOSE, CA 95129

ASIA OPTICAL INT'L, LTD.
PALM GROVE HOUSE
P.O. BOX 438
TORTOLA, BVI

AT&T
P.O. BOX 5019
CAROL STREAM, IL 60197

BAKER AUDIO VISUAL

BRIGHT HOUSE
NETWORKS, LLC
PO BOX 790450
SAINT LOUIS, MO 63179-0450

AT&T
PO BOX 5025
CAROL STREAM, IL 60197-5025

BASF CORPORATION
100 PARK AVE
FLORHAM PARK, NJ 07932

CANTEEN REFRESHMENT
SERVICES
PO BOX 50196
LOS ANGELES, CA 90074-0196

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197

BAY ALARM
491 GIANNI STREET
SANTA CLARA, CA 95054

CANTEEN REFRESHMENT
SERVICES
BREWMASTER COFFEE & TEA
PO BOX 91337
CHICAGO, IL 60693

ATLAS PRIVATE
SECURITY, INC.
1735 N 1ST STREET
#104
SAN JOSE, CA 95112

BDO USA LLP
PO BOX 677973
DALLAS, TX 75267-7973

CAPGEMINI TECHNOLOGY SERVIN

ATLASSIAN - SAN FRANCISCO
LEVEL 6, 341 GEORGE ST
SYDNEY NSW 2000
AUSTRALIA

BIRD & BIRD ATMD LLP
2 SHENTON WAY #18-01
SGX CENTRE 1
SINGAPORE CHINA
 68804

CARLSON QUINN
2000 POWELL STREET
SUITE 1600
EMERYVILLE, CA 94608

AUDIO-TECHNIA CORP.
TECHNIA-HOUSE
1-8-3 YUSHIMA
BUNKYO-KU- TOKYO
JAPAN

BLACK MEADOW LIMITED
1C CANTONMENT RD. #39-29
SINGAPORE 085301
REPUBLIC OF SINGAPORE

CERTENT. INC.
P.O. BOX 398688
SAN FRANCISCO, CA 94139

AVALARA
255 S. KING ST
STE. 1800
SEATTLE, WA 98104

BLUE STAR SERVICES GROUP, INC.
6748 PRESTON AVENUE
SUITE G
LIVERMORE, CA 94551

CHANNELTIVITY
1920 ABBOTT STREET
SUITE 303
CHARLOTTE, NC 28203

AVNET ELECTRONIC
MARKETING
PO BOX 100340
PASADENA, CA 91189-0340

BOMGAR

CHANNELTIVITY LLC

AVNET ELECTRONICS
C/O GLASSBERT POLLACK & ASSOC
ATT: ROBERT POLLACK
100 FOURTH ST., STE. 570
SAN RAFAEL, CA 94901

BP-11A
SPINNAKER CAPITAL LLC
ONE JOY STREET
BOSTON, MA 02108

CHOFN INTELLECTUAL PROPERT
ZUOANGONGSHE PLAZA, 12TH FL
68 N FOURTH ROAD W, HAIDIAN
BEJING- CHINA

AVOCOR
9375 SW COMMERCE CIRCLE,
SUITE 7A
WILSONVILLE, OR 97070

BREAKAWAY COMMUNICATIONS
381 PARK AVENUE SOUTH
SUITE 1216
NEW YORK, NY 10016

CINTAS FIRE PROTECTION
PO BOX 636525
CINCINNATI, OH 45263-6525

CLIX MARKETING HOLDING CO.
13900 HARBOUR VIEW COURT
PROSPECT, KY 40059

CPA GLOBAL LTD.
P.O. BOX 894160
ALEXANDRIA, VA 22314

DIVCO WEST REAL ESTATE
SERVICES, LLC
575 MARKET STREET,
35TH FLOOR
SAN FRANCISCO, CA 94105

CMP ADVANCED
MECHANICAL SOLUTIONS LTD.
1241 CASCADES
CHATEAUGUAY, QUEBEC J6J 4Z2
CANADA

CRANE WORLDWIDE
SAN FRANCISCO
P.O. BOX 844174
DALLAS, TX 75284

DIVCO WEST REAL ESTATE SERLL
150 CALIFORNIA ST.
SUITE 1200
SAN FRANCISCO, CA 94111

COMCAST
C/O WINDHAM PROFESSIONALS
ATTN: MICHAEL
382 MAIN STREET
SALEM, NH 03079-2412

DARWIN CHAMBERS
2945 WASHINGTON AVE.
SAINT LOUIS, MO 63103

DIVERSIFIED SYSTEMS LLC

COMCAST
C/O WINDHAM PROFESSIONALS
382 MAIN ST.
SALEM, NH 03079

DEKOM

DUKE ENERGY
C/O HELVEY & ASSOCIATES
1015 E CENTER STREET
WARSAW, IN 46580-3420

COMED
C/O CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD, MA 02062

DELL MARKETING L.P.
PO BOX 910916
PASADENA, CA 91110

DUKE ENERGY
PO BOX 1326
CHARLOTTE, NC 28201-1326

COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

DELOITTE BELASTINGADVISEURS B.V.
3072 AP ROTTERDAM
P.O. BOX 2031
ROTTERDAM, NETHERLANDS 3000

DVIGEAR, INC.
1059 TRIAD COURT,
SUITE 8
MARIETTA, GA 30062

CONCUR TECHNOLOGIES
62157 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

DENKA CORP.
780 THIRD AVE.
8TH FL.
NEW YORK, NY 10017

EDGE MECHANICAL, INC.
619 N COUNTY RD. 1050 E
INDIANAPOLIS, IN 46234

CONTRAST DESIGN WORKS
TALENT TABLE LLC
1330 BROADWAY
SUITE 1530
OAKLAND, CA 94612

DIRECTV
C/O SEQUIUM ASSET SOLUTIONS, LLC
1130 NORTHCHASE PARKWAY,
SUITE 150
MARIETTA, GA 30067

EGNYE

CORNICHE CAPITAL HOLDINGS INC.
MDE'S BLDG., 2ND FL., PURCELL ESTATE
PO BOX 4406
TORTOLA, VG 1110,  BVI

DIRECTV
PO BOX 105249
ATLANTA, GA 30348-5249

EGNYTE

CORPORATE WRITERS LLC
199 COOLIDGE AVE. #115
WATERTOWN, MA 02472-1521

DISCARTES VISUAL COMPLIANCE USA
P.O. BOX 404037
ATLANTA, GA 30384-4037

EL-OBABA SMART
TECHNOLOGY
DUBAI WORLD CENTRAL
PO BOX 712948
DUBAI, AE

EMERALD EXPOSITIONS, LLC
31910 DEL OBISPO, STE 200
SAN JUAN CAPISTRANO, CA 92675

FISH & RICHARDSON
P.O. BOX 3295
BOSTON, MA 02241

HARMONY PARTNER GROUP LLC
SPINNAKER CAPITAL LLC
ONE JOY STREET
BOSTON, MA 02108


EMS

FLAGG LIVING TRUST
U/A DTD 2/11/2002
1199 CAMINO VALLECITO
LAFAYETTE, CA 94549

HUBSPOT, INC.
PO BOX 419842
BOSTON, MA 02241-9842


ENL ELECTRONICS CORP
FL 7, 180, CHAN AN ST.
LU CHOU
TAIPEI
TAIWAIN

FOCUS MANUFACTURING CO., LTD

HW FARREN, LLC
PO BOX 5052
WHITE PLAINS, NY 10602-5052


ENL ELECTRONICS CORP.
FL 7, 180, CHAN AN ST,
 LU CHOU
TAIPEI- TAIWAN

GARTNER, INC.
C/O SHIPMAN & GOODWIN
300 ATLANTIC STREET
STAMFORD, CT 06901-3522

INFLOW TECHNOLOGIES PVT LT


ESRT 1350 BORADWAY LLC
P.O. BOX 28627
NEW YORK, NY 10087-8627

GARTNER, INC.
PO BOX 911319
DALLAS, TX 75391-1319

INTELLIGENT SYSTEMS
14630 DEERWOOD DR
CARMEL, IN 46033


EXTRON LOGISTICS, LLC
496 SOUTH ABBOTT AVE
MILPITAS, CA 95035

GII PRYSM INVESTMENTS
GULF ISLAMIC INVESTMENTS
501 TOWER 2, BLVD. PLAZA, DOWNTOWN
DUBAI, UAE

IP SEXTANT S.R.L
VIA A. SALANDRA, 18
ROMA- ITALY
00187 00187


FB/GOOGLE/LINKED/TWITTER/YOUTUBE

GODADDY

IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189


FEDEX
PO BOX 7221
PASADENA, CA 91109

GORE CREEK LLC
SPINNAKER CAPITAL LLC
ONE JOY STREET
BOSTON, MA 02108

J&J MACHINE COMPANY
66 B BRINGHAM ST.
MARLBOROUGH, MA 01752


FIDELITY

GRAINGER
2261 RINGWOOD AVE.
SAN JOSE, CA 95131-1717

JENSEN TOOLS & SUPPLY
DEPT LA 21458
PASADENA, CA 91185-1458


FIRST VIDEO COMMUNICATIONS FZ-LLC

GREYWALL INC.
144 BEAR SWAMP RD.
EAST HAMPTON, CT 06424

JOHN KRYZANOWSKI
820 GRAPESTONE LANE
SONOMA, CA 95476

JP METAL FABRICATION, INC.
3355 WOODWARD AVENUE
SANTA CLARA, CA 95054

LEHIGH VALLEY HEALTH NETWORK

MICROSOFT CORP.
P.O. BOX 369
GOLDENROD, FL 32733


JW PLAYER

LESSONLY, INC.
1129 E 16TH ST.
INDIANAPOLIS, IN 46202

MIN AIK TECHNOLOGY CO. LTD.
12F-1, #492-1, SEC.1,
WAN SHOU RD.,
KUEI SHAN SHIANG, TAO YUAN H
TAIWAN


KALPENDU SHASTRI
5529 WILLOW WAY
OREFIELD, PA 18069

LEVEL 3 COMMUNICATIONS
PO BOX 910182
DENVER, CO 80291-0182

MINAIK AND EYESAVER


KASTLE NEW YORK LLC
655 THIRD AVENUE,
SUITE 1520
NEW YORK, NY 10017

LOGMEIN
P.O. BOX 50264
LOS ANGELES, CA 90074

MIRON CONSTRUCTION


KOPERCREST CAPITAL HOLDINGS INC.
MILL MALL TOWER, 2ND FL
WICKHAMS CAY 1, P.O. BOX 4406
ROAD TOWN, TORTOLA, BVI

LOHIKA SYSTEMS INC
1001 BAYHILL DRIVE
# 108
SAN BRUNO, CA 94006

MOENCO


KUWAIT INVESTMENT AUTHORITY
MINISTRIES COMPLEX- BLOCK NO. 3
P.O. BOX 64- SAFAT 13001
KUWAIT

LOHIKA SYSTEMS INC.
1001 BAYHILL DRIVE
#108
CA 94006

MOMENTUM MICROSYSTEMS, IN
2030 DUANE AVE. # 110
SANTA CLARA, CA 95054


LABVIEW

LOJE REALTY HOLDINGS LLC

MPEG LA, LLC


LARSEN & TOUBRO LIMITED

MACINTOSH II LLC
SPINNAKER CAPITAL LLC
ONE JOY STREET
BOSTON, MA 02108

MYOFFICEPRODUCTS, LLC
C/O HTBS CREDIT
PO BOX 930257
ATLANTA, GA 31193-0257


LAW ROOM

MECHANICAL MGMT, INC.
1501 MAIN STREET,
UNIT 27
TEWKSBURY, MA 01876

MYOFFICEPRODUCTS, LLC
P.O. BOX 32192
NEW YORK, NY 10087-2192


LEAN & LOCAL
LEAN BOX
60 MASSACHUSETTS AVE
BOSTON, MA 02115

MICROSOFT CORP.
1950 N STEMMONS FWY SUITE 5010
LB # 842467
DALLAS, TX 75284

NATIONAL MACHINING & ENGINE
42285 OSGOOD ROAD
SUITE C
FREMONT, CA 94539

NETSUITE, INC.
2955 CAMPUS DR.
STE. 100
SAN MATEO, CA 94403

OUTSOURCE TO 1
5251 KESSLER BLVD NORTH DR.
INDIANAPOLIS, IN 46228

PR NEWSWIRE ASSOCIATION, LL
C/O ABC/AMEGA
500 SENECA ST.
STE. 400
BUFFALO, NY 14204

NEWPORT CORPORATION
27631 NETWORK PLACE
CHICAGO, IL 60673-1276

PANASONIC INDUSTRIAL DEVICES
SALE COMPANY OF AMERICA
P.O. BOX 100361
PASADENA, CA 91189-0361

PRODIGIO DESIGN LTD.
4 BAKERSGATE COURTYARD
PIRBRIGHT
SURREY, UK GU24 ONJ
ENGLAND

NEWTEK SMALL BUSINESS FINANCE, LLC
1981 MARCUS AVE.
SUITE 130
NEW HYDE PARK, NY 11042

PATTERSON & SHERIDAN LLP
PO BOX 846274
DALLAS, TX 75284

PROMERICA CAPITAL LLC
SPINNAKER CAPITAL LLC
ONE JOY ST.
BOSTON, MA 02108

NFP CORPORATE SERVICES, LLC
176 FEDERAL STREET
BOSTON, MA 02110

PCM TIGER DIRECT
FILE 55327
NEED MAILING ADDRESS
LOS ANGELES, CA 90074-5327

PROSHRED SECURITY
3140 N. SHADELAND AVE
INDIANAPOLIS, IN 46226

NICHIA

PEPPER ASSETS SERVICES

PRUDENTIAL OVERAL SUPPLY CS
C/O STA INTERNATIONAL
PATRICIA CONETTA
225 BROADHOLLOW ROAD, STE. 15
MELVILLE, NY 11747-4822

NORTH POINT PARTNER LLC
SPINNAKER CAPITAL LLC
ONE JOY STREET
BOSTON, MA 02108

PERKINS COIE
PO BOX 24643
SEATTLE, WA 98124-0643

PRUNDENTIAL OVERALL SUPPLY
CLEANROOM SERVICE
P.O.BOX 11210
SANTA ANA, CA 92711-1210

OCR
PO BOX 369
GOLDENROD, FL 32733

POLYCOM

PRYSM AV INVESTORS, L.L.C.
2000 UNIVERSITY AVE. #602
PALO ALTO, CA 94303

OLYMPIC PRODUCTS INC.
2825 N ARLINGTON AVE
INDIANAPOLIS, IN 46218

POLYMERSHAPES LLC
65 MIDDLESEX RD.
TYNGSBORO, MA 01879

PRYSM, INC.
45 BARTLETT STREET
MARLBOROUGH, MA 01752

OMEGA ENGINEERING, INC.
26904 NETWORK PLACE
CHICAGO, IL 60673-1269

PQ LABS
3754 SPINNAKER COURT
FREMONT, CA 94538-6537

PRYSM, INC.- HEADQUARTERS L
180 BAYTECH DR.
SUITE 200
SAN JOSE, CA 95134

ORCAD

PR NEWSWIRE
ASSOCIATION, LLC
GPO BOX 5897
NEW YORK, NY 10087-5897

PURE HEALTH
SOLUTIONS, INC.
PO BOX 5066
HARTFORD, CT 06102-5066

PURE HEALTH SOLUTIONS, INC.
P.O. BOX 5066
HARTFORD, CT 06102

SERVICENOW, INC.
PO BOX 731647
DALLAS, TX 75373-1647

SPECTRUM BUSINESS
TIME WARNER CABLE
PO BOX 742663
CINCINNATI, OH 45274-2663

R&D TECHNICAL SERVICES, INC.
PO BOX 1162
SANTA CLARA, CA 95052

SERVICENOW, INC.
P.O. BOX 731647
DALLAS, TX 75373-1647

SPIRE HRA
ONE O'HARE, LP
1700 BROADWAY
SUITE 650
DENVER, CO 80290

REFERENTIAL, INC.
1150 HILLSDALE AVE.,
SUITE 100
SAN JOSE, CA 95118

SFO TECHNOLOGIES PVT.LTD
ELECTRONICS DIVISION
PLOT NO. 36/37,
CSEZ, KAKKANAD  682 037
COCHIN- INDIA

SQUIRRELS LLC
121 WILBUR DR. NE
NORTH CANTON, OH 44720

REPUBLIC SERVICES, INC.
P.O. BOX 78829
PHOENIX, AZ 85062

SHARP ELECTRONICS
DEPT LA 21510
PASADENA, CA 91185-5000

STERNBACH, LAWLOR & RELLA LL
ATTN: TODD D. LAWLOR, ESQ.
261 MADISON AVE, 9TH FLOOR
NEW YORK, NY 10016

RIVER EDGE PARTNERS LLC
SPINNAKER CAPITAL LLC
ONE JOY STREET
BOSTON, MA 02108

SHI INTERNATIONAL CORPORATION
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

SUN STRONG  PRECISION METAL
ROOM 7-9, 12F, PENINSULA TOW
538 CASTLE ROAD
CHEUNG SHA WAN
KOWLOOM, HONG KONG

S. ATIQ RAZA AND
NANDINI SARAIYA, JTWROS
1781 ARASTRADERO RD.
PALO ALTO, CA 94304

SHI INTERNATIONAL CORPORATION
P.O. BOX 952121
DALLAS, TX 75395-2121

SUN STRONG PRECISION METAL
ROOM 7-9,12F, PENINSULA TOWE
538 CASTLE ROAD
CHEUNG SHA WAN, KOWLOOM
HONG KONG

SALESFORCE.COM, INC.
P.O. BOX 203141
DALLAS, TX 75320

SHIPMAN & GOODWIN LLP
ATTN: ALISON P. BAKER, ESQ.
300 ATLANTIC ST., 3RD FLOOR
STAMFORD, CT 06901

TEKRA CORPORATION
8084 SOLUTIONS CENTER
CHICAGO, IL 60694

SBMC LAW, P.S.
116 W PACIFIC AVENUE
SUITE 200
SPOKANE, WA 99201

SLACK

TEKTRONIX, INC.
PO BOX 742644
LOS ANGELES, CA 90074

SCHMITT INDUSTRIES, INC.
2765 NW NICOLAI ST
PORTLAND, OR 97210

SOLIDWORKS

TERA AUDI VISUAL ADVANCED SL
OFFICE NO. 12, FLR 9TH UNION B
CORNICHE ROAD
ABU DHABI, UNITED ARAB EMIRA

SECUREDOCS

SPECTRUM BUSINESS
C/O ACCESS RECEIVABLES MGMT
ATTN: GARY BORROR
11350 MCCORMICK RD.-EXECUTIVE PLAZA VI
HUNT VALLEY, MD 21031

TEST EQUITY LLC
100 AMES POND DR.
SUITE 202
TEWKSBURY, MA 01876

TEXT HUNDRED INDIA
PRIVATE LTD.
2ND FLOOR, TDI CENTRE,
PLOT NO.7, JASOLA
NEW DELHI- INDIA, AE 00011-0025

UNIFIED2 GLOBAL
PACKAGING GROUP
223 WORCESTER PROVIDENCE TPKE
SUTTON, MA 01590

WHITLOCK

THE SCATTER WORKS INC.
139 NE LINDEN AVE
GRESHAM, OR 97030

UNIGEN CORPORATION
39730 EUREKA DR
NEWARK, CA 94560

WILSON SONSINI
GOODRICH & ROSATI
P.O. BOX 742866
LOS ANGELES, CA 90074

THYSSENKRUPP
ELEVATOR CORPORATION
3100 INTERSTATE NORTH CIR SE
SUITE 200
ATLANTA, GA 30339-2227

UNIGEN CORPORATION
39730 EUREKA DR.
NEWARK, CA 94560

WINDSTREAM
P.O. BOX 9001013
LOUISVILLE, KY 40290-1013

TOLL GLOBAL FORWARDING
P.O. BOX 894160
LOS ANGELES, CA 90189-4160

UNITED SHEETMETAL INC.
44153 S. GRIMMER BLVD.
FREMONT, CA 94538

WINSTON D. CHANG
2827 LAKEVIEW COURT
FREMONT, CA 94538

TOWN OF CONCORD
ATTN: MUNICIPAL LIGHTS
P.O. BOX 590
CONCORD, MA 01742-0590

VISTACOM INC.

WISETEK
3200 HUBBARD RD
HYATTSVILLE, MD 20785

TRIANGLE EXPERIENCE GROUP, INC.

VISUALIZEROI
101A CLAY STREET,
SUITE 183
SAN FRANCISCO, CA 94111

WISTIA

TRIUMPH MODULAR, INC.
194 AYER RD
LITTLETON, MA 01460

VWR INTERNATIONAL
PO BOX 640169
PITTSBURGH, PA 15264

WOLFE - SBMC
116 W. PACIFIC AVE.,
SUITE 300
SPOKANE, WA 99201

TRUMP CARD CORP.
C/O BAXTER BAILEY & ASSOC.
1630 GOODMAN ROAD EAST
SUITE 1
SOUTHAVEN, MS 38671

WASTE CONNECTIONS
PO BOX 660654
DALLAS, TX 75266-0654

WOODEN MCLAUGHLIN LLP
ATTN: MATTHEW M. ADOLAY, ES
ONE INDIANA SQUARE
SUITE 1800
INDIANAPOLIS, IN 46204

TRUMP CARD CORP.
23807 ALISO CREEK RD.
SUITE 200
LAGUNA NIGUEL, CA 92677

WHALE ROCK LLC
56 WINTHROP ST.
CONCORD, MA 01742

WOODEN MCLAUGHLIN, LLP
211 N. PENNSYLVANIA ST.
INDIANA SQUARE, STE. 1800
INDIANAPOLIS, IN 46204

UMEC TW
3,27TH RD.TAICHUNG
INDUSTRIAL PARK
TAICHUNG
TAIWAN

WHALE ROCK LLC
45 WINTHROP ST.
CONCORD, MA 01742

WORKATO
215 CASTRO STREET,
SUITE 300
MOUNTAIN VIEW, CA 94041